# In The United States Court of Federal Claims

## Cover Sheet

07-355 C

Plaintiff(s) or Petitioner(s)
Texas National Bank f/k/a Mercedes National Bank

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): Edward C. Snyder

Firm Name: Castillo Snyder, P.C.

Post Office Box: Bank Of America Plaza, Suite 1020

Street Address: 300 Convent

City-State-Zip: San Antonio, Texas 78205

Telephone & Facsimile Numbers: (210) 630-4200 (210) 630-4210 (fax)

Is the attorney of record admitted to the Court of Federal Claims Bar? ☐ Yes ■ No admission pending

Does the attorney of record have a Court of Federal Claims ECF account? ☐ Yes ■ No

If not admitted to the court or enrolled in the court's ECF system, please call (202) 357-6406 for admission papers and/or enrollment instructions.

Nature of Suit Code: 1 1 8

Select only one (three digit) nature-of-suit code from the attached sheet. If 213, identify partnership or partnership group. If numbers 118, 134, 226, 312, 356, or 528 are used, please explain. ______

Agency Identification Code: H L S

See attached sheet for three-digit codes.

Amount Claimed: $ 428,613.40

Use estimate if specific amount is not pleaded.

Disclosure Statement:
Is a RCFC 7.1 Disclosure Statement required? ■ Yes ☐ No

If yes, please note that two copies are necessary.

Bid Protest: n/a
Indicate approximate dollar amount of procurement at issue: $______
Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case: n/a
Date of Vaccination: ______

Related Cases:
Is this case directly related to any pending or previous case? ☐ Yes ■ No

If yes, you are required to file a separate notice of directly related case(s). See RCFC 40.2.