# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| **TEXAS NATIONAL BANK f/k/a MERCEDES NATIONAL BANK** | § | |
| | § | |
| **Plaintiff,** | § | 07-355 C |
| | § | No. |
| **VS.** | § | |
| | § | |
| **UNITED STATES** | § | |
| | § | |
| **Defendant.** | § | |

## PLAINTIFF'S RCFC 7.1 DISCLOSURE STATEMENT

COMES NOW Plaintiff Texas National Bank f/k/a Mercedes National Bank ("TNB"), by and through its attorney of record, and files this its RCFC Disclosure Statement and hereby informs the Court of the following:

## PARENT COMPANY DISCLOSURE

Pursuant to RCFC 7.1 Plaintiff hereby discloses that its parent company is "MNB Ventures Inc."

Respectfully submitted,

**CASTILLO SNYDER, P.C.**
Bank of America Plaza, Suite 1020
300 Convent Street
San Antonio, TX 78205
Telephone: (210) 630-4200
Facsimile: (210) 630-4210

By: ______________________
EDWARD C. SNYDER
U.S. Crt. Fed. Claims: Admission Pending
State Bar No. 00791699

**ATTORNEYS FOR PLAINTIFF**



\\Dchzmt91\c - ed\1 ECS - CURRENT\Mydocuments\Texas National Bank T-28991.0\iron works\disclosure statement.doc