CASTILLO SNYDER
A Professional Corporation · Attorneys & Counselors

Bank of America Plaza, Suite 1020 300 Convent Street San Antonio, Texas 78205-3789
Telephone: 210.630.4200 Facsimile: 210.630.4210
Direct Dial Number: 210.630.4214
E-mail: srivas@casnlaw.com

Sandy Rivas
Legal Assistant

September 17, 2007

United State Court of Federal Claims
Clerk's Office
717 Madison Place, NW
Washington, DC 20005

Re: No. 07-00355C;
*Texas National Bank f/k/a Mercedes National Bank*
*vs. United States;*
Our file no. T-28991.4

Dear Clerk:

This letter is to advise you that I will be on vacation from October 10, 2007 through October 19, 2007.

By copy of this letter, I am advising all attorneys of record of my vacation and respectfully request that they provide me the courtesy of not scheduling trials, hearings or depositions during this time.

Thank you.

Sincerely,

EDWARD C. SNYDER

/src

cc:
Joan M. Stentiford
Trial Attorney
Civil Division
Department of Justice