# In the United States Court of Federal Claims

**No. 07-355C**
**(Filed: October 5, 2007)**

* * * * * * * * * * * * * * * * *

**TEXAS NATIONAL BANK f/k/a MERCEDES NATIONAL BANK,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

The court hereby **SCHEDULES** the joint preliminary status conference for **Wednesday, October 24, 2007 at 2:30 p.m. eastern time**. Counsel for each party shall appear via telephone and unless otherwise notified will be contacted at the following numbers: counsel for plaintiff at (210) 630-4200; counsel for defendant at (202) 616-0341. The court will initiate the conference call.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge