# In the United States Court of Federal Claims

**No. 07-355C**
**(Filed: October 24, 2007)**

* * * * * * * * * * * * * * * * *

**TEXAS NATIONAL BANK f/k/a MERCEDES NATIONAL BANK,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## SCHEDULING ORDER

Following the status conference with the parties on October 24, 2007, the court orders the following:

| | |
|---|---|
| **December 7, 2007** | Defendant shall implead All-Star Iron Works, the Assignor, as a third party defendant, if defendant considers such joinder to be appropriate. |
| **March 31, 2008** | The parties shall complete discovery. |
| **April 7, 2008** | The parties shall file a joint status report setting forth the parties' proposals for next steps in the litigation. |

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge