IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TEXAS NATIONAL BANK f/k/a MERCEDES NATIONAL BANK | ) | |
| Plaintiffs, | ) | |
| v. | ) | Court No. 07-355C<br>Judge Firestone |
| THE UNITED STATES, | ) | |
| Defendant | ) | |

MOTION TO ALTER OR AMEND THE SCHEDULING ORDER

Pursuant to Rule 7(b) of the Rules of the Court of Federal Claims, defendant, the United States, requests that the scheduling order entered on October 24, 2007 be amended to allow an additional seven days, or until December 14, 2007, for the Government to file and serve its third party complaint on All Star Iron Works, Inc. This brief extension is necessary for the Government to obtain all the records necessary to prepare the complaint. No prior requests to amend the scheduling order have been made by either party.

Counsel for the Government has communicated with Edward Snyder, counsel for the plaintiff, who states that he has no objection this request.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

JEANNE E. DAVIDSON
Director

MARK A. MELNICK
Assistant Director

OF COUNSEL:

ANDREW JONES
Office of Assistant Chief Counsel
U.S. Customs and Border Protection
6650 Telecom Drive
Indianapolis, Indiana 46278

s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Phone: (202) 616-0341
Fax: (202) 514-8624

December 7, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 7th day of August, 2007,"DEFENDANT'S MOTION TO ALTER OR AMEND THE SCHEDULING ORDER," was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Joan M. Stentiford
JOAN M. STENTIFORD