# In the United States Court of Federal Claims

**No. 07-355C**
**(Filed: December 10, 2007)**

* * * * * * * * * * * * * * * * *
*
**TEXAS NATIONAL BANK f/k/a** *
**MERCEDES NATIONAL BANK,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * *

**ORDER**

Defendant's motion, filed December 7, 2007, for a 7-day enlargement of time within which to file and serve its third party complaint on All Star Iron Works, Inc. is **GRANTED**. Accordingly, defendant shall serve All Star Iron Works, Inc. by **Friday, December 14, 2007**.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge