**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **TEXAS NATIONAL BANK f/k/a** | § | |
| **MERCEDES NATIONAL BANK** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **NO. 07-00355C** |
| | § | **Judge Firestone** |
| **UNITED STATES** | § | |
| | § | |
| **Defendant.** | § | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Come now the Plaintiff and Defendant, and requests this Court to amend the Scheduling Order entered by the Court on October 24, 2007.

Since the entry of the original scheduling order, the parties have been diligent in pursuing discovery. The parties have taken and responded to written discovery, and have also taken depositions of fact witnesses in Mercedes, Texas. The parties have also agreed to take depositions in Indianapolis this week. In doing so, the parties have cooperated in resolving the scheduling difficulties created by the conflicting travel schedules of counsel.

However, the parties have recently agreed to enter into settlement negotiations at this time, and desire to forego the expense of additional travel and depositions at this time in order to allow these settlement discussions to proceed. Therefore, the parties request a short, forty-five (45) day extension of the discovery deadline and related deadlines. This is the parties' first request for an extension for this purpose.

Specifically, the parties request the following modifications:

1. The Parties request that the March 31, 2008 deadline to complete discovery be extended by forty-five (45) days, until May 15, 2008.

2. The Parties request that the April 7, 2008, deadline for the Joint Status Report be extended by sixty (60) days, until May 30, 2008.

WHEREFORE, the premises considered, the parties move this Honorable Court to amend the Scheduling Order entered by this Court on October 24, 2007.

JEFFREY S. BUCHOLTZ
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Mark A. Melnick
MARK A. MELNICK
Assistant Director

s/ Edward C. Snyder
EDWARD C. SNYDER
Castillo Snyder, P.C.
Bank of America Plaza, Suite 1020
300 Convent Street
San Antonio, Texas 78205
Phone (210) 630-4200
Fax (210) 630-4210

Attorney for Plaintiff

s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Tele: (202) 616-0341
Fax: (202) 514-8624

Attorneys for Defendant