# In the United States Court of Federal Claims

**No. 07-355C**
**(Filed: April 2, 2008)**

* * * * * * * * * * * * * * * * *
**TEXAS NATIONAL BANK f/k/a MERCEDES NATIONAL BANK,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**
* * * * * * * * * * * * * * * * *

## ORDER

The parties' joint motion, filed March 31, 2008, to amend the court's October 24, 2007 scheduling order in order to allow parties to enter into settlement negotiations is **GRANTED**. Accordingly, the schedule is amended as follows:

| | |
|---|---|
| **May 15, 2008** | Deadline to complete discovery |
| **May 30, 2008** | Joint Status Report apprising the court of whether the parties have made progress towards a final resolution or a proposed schedule . |

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge