**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **TEXAS NATIONAL BANK f/k/a MERCEDES NATIONAL BANK** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **NO. 07-00355C** |
| | § | **Judge Firestone** |
| **UNITED STATES** | § | |
| | § | |
| **Defendant.** | § | |

**PLAINTIFF'S UNOPPOSED MOTION TO ABATE OR STAY DISCOVERY PENDING RESOLUTION OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

NOW COMES Plaintiff **TEXAS NATIONAL BANK f/k/a/ MERCEDES NATIONAL BANK** ("Plaintiff") and files this Unopposed Motion to Abate or Stay Discovery Pending Resolution of Defendant's Motion for Summary Judgment based on the following:

**A. <u>Conference with Opposing Counsel</u>**

Plaintiff's counsel has conferred with Defendant's counsel and Defendant's counsel is unopposed to the filing of this motion.

**B. <u>Background</u>**

1.

On March 31, 2008 the parties filed a Joint Motion to Amend Scheduling Order informing the Court that they wanted to push the discovery deadline back in order to allow the parties to explore and discuss possible settlement of this case. At that time, Defendant had taken the depositions of two (2) of Plaintiff's witnesses in Texas, and Plaintiff was poised to take the depositions of two (2) of Defendant's witness, both of whom reside in Indiana. On April 2,

2008, the Court granted the parties' Motion and entered a new Scheduling Order setting the close of discovery for May 15, 2008.

2.

Since that time, on April 22, 2008 Defendant informed Plaintiff that it is not interested in discussing settlement at this juncture, but instead intends to file a Motion for Summary Judgment based on the procedural issue of limitations. However, Defendant has informed Plaintiff that because of scheduling issues confronting Defendant's counsel (including trials in June and July), Defendant does not intend to file any summary judgment motion until late August (on or before August 29, 2008).

3.

This has placed Plaintiff in a quandary, because Defendant's two (2) witnesses in Indiana, whom Plaintiff intended to depose on the merits of the case, have no information or testimony relevant to the procedural issue of limitations. And, the expense to Plaintiff to have its counsel travel to Indiana, with resultant airfare, hotel and attorney time, will be very substantial. If the case is dismissed on limitations, this expense will have been wasted.

**Argument**

4.

For that reason, Plaintiff requests that discovery in this case (specifically Plaintiff's ability to take the depositions of Defendant's two (2) witnesses in Indiana on the merits of the case) be abated or stayed until resolution of Defendant's impending summary judgment motion. It simply makes no sense for Plaintiff to incur the expense to take the depositions of two witnesses in a distant location, neither of whom will have anything relevant to say about the limitations issue. At the same time, Plaintiff does not want to lose the right to at least briefly

question these witnesses prior to trial, if the case survives summary judgment and proceeds to trial. Therefore, in the interest of preserving resources and preventing needless waste of time and expense, Plaintiff requests that the Court abate or stay discovery as it pertains to Plaintiff's ability to take the above mentioned depositions pending a ruling on Defendant's summary judgment motion, which, again Defendant has informed it intends to file on or before August 29, 2008.

**PRAYER**

Based on the above, Plaintiff requests that this Unopposed Motion to Abate or Stay Discovery Pending Resolution of Defendant's Motion for Summary Judgment be granted and that Plaintiff have such other relief to which it may be entitled.

Respectfully submitted,

**CASTILLO SNYDER, P.C.**
Bank of America Plaza, Suite 1020
300 Convent Street
San Antonio, TX 78205
Telephone: (210) 630-4200
Facsimile: (210) 630-4210

By: s/Edward C. Snyder
EDWARD C. SNYDER
State Bar No. 00791699

**ATTORNEYS FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document will be sent to the following counsel of record by:

| | |
|---|---|
| ________ | Regular Mail |
| ________ | Certified Mail, Return Receipt Requested |
| ________ | Hand Delivery |
| ________ | Facsimile |
| ________ | E-Mail |
| __X____ | Electronic Filing |

Joan M. Stentiford
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
202-616-0341 phone
202-514-8624 fax

ATTORNEY FOR DEFENDANT

on this the 7th day of May, 2008.

s/Edward C. Snyder
EDWARD C. SNYDER