**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **TEXAS NATIONAL BANK f/k/a MERCEDES NATIONAL BANK** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **NO. 07-00355C** |
| | § | **Judge Firestone** |
| **UNITED STATES** | § | |
| | § | |
| **Defendant.** | § | |

**ORDER**

On this ____ day of May, 2008, the Court considered Plaintiff's Unopposed Motion to Abate or Stay Discovery Pending Resolution of Defendant's Motion for Summary Judgment. The Court, having considered same, is of the opinion that said Motion is well-taken and should be and is hereby GRANTED.

**IT IS SO ORDERED.**

____________________________
**NANCY B. FIRESTONE**
**Judge**