# In the United States Court of Federal Claims

**No. 07-355C**
**(Filed: May 8, 2008)**

* * * * * * * * * * * * * * * * *

**TEXAS NATIONAL BANK f/k/a MERCEDES NATIONAL BANK,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

Plaintiff's unopposed motion, filed May 7, 2008, to stay discovery pending resolution of defendant's motion for summary judgment is **GRANTED**. In the joint status report currently due on **Friday, May 30, 2008** the parties shall propose a briefing schedule for defendant's motion for summary judgment.

**IT IS SO ORDERED.**

**s/Nancy B. Firestone**
NANCY B. FIRESTONE
Judge