UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TEXAS NATIONAL BANK f/k/a MERCEDES NATIONAL BANK | ) | |
| Plaintiffs, | ) | |
| v. | ) | Court No. 07-355C |
| | ) | Judge Firestone |
| UNITED STATES, | ) | |
| Defendant | ) | |

JOINT STATUS REPORT

Pursuant to the Court's order entered on May 8, 2008, the parties propose the following schedule for defendant's motion for summary judgment:

| | |
|---|---|
| Defendant's Motion for Summary Judgment: | July 25, 2008 |
| Plaintiff's Response: | August 22, 2008 |
| Defendant's Reply: | September 5, 2008 |

This schedule is proposed because counsel for the United States is responsible for Scott Timber Co. v. United States, Case No. 05-708C (Fed. Cl.), which is scheduled for trial on June 30, 2008 through July 18, 2008, and American Ordnance v. United States, Case No. 07-867C (Fed. Cl.), which is scheduled for trial on August 12, 2008 to August 15, 2008.

The parties respectfully request that the above briefing schedule be entered and are available for a brief status hearing, if necessary, at the Court's convenience.

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

MARK A. MELNICK
Assistant Director

s/ Edward C. Snyder
EDWARD C. SNYDER
Castillo Snyder, P.C.
Bank of America Plaza, Suite 1020
300 Convent Street
San Antonio, Texas 78205
Phone (210) 630-4200
Fax (210) 630-4210
Attorney for Plaintiff

s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Phone: (202) 616-0341
Fax: (202) 514-8624

OF COUNSEL:
ANDREW G. JONES
U.S. Customs and Border Protection
Office of Chief Counsel

Attorneys for Defendant

May 30, 2008