# In the United States Court of Federal Claims

**No. 07-355C**
**(Filed: June 2, 2008)**

* * * * * * * * * * * * * * * * * *
*
**TEXAS NATIONAL BANK f/k/a** *
**MERCEDES NATIONAL BANK,** *
*
**Plaintiff,** *
*
**v.** *
*
**THE UNITED STATES,** *
*
**Defendant.** *
*
* * * * * * * * * * * * * * * * * *

## ORDER

The court adopts the briefing schedule proposed by the parties in the joint status report filed on May 30, 2008. Accordingly, the briefing schedule is as follows:

| | |
|---|---|
| **July 25, 2008** | Defendant's motion for summary judgment |
| **August 22, 2008** | Plaintiff's Response |
| **September 5, 2008** | Defendant's Reply |

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge