UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| TEXAS NATIONAL BANK f/k/a MERCEDES NATIONAL BANK | ) | |
| Plaintiffs, | ) | |
| v. | ) | Court No. 07-355C |
| | ) | Judge Firestone |
| UNITED STATES, | ) | |
| Defendant | ) | |

DEFENDANT'S UNOPPOSED
MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b)(1) and 6.1 of the United States Court of Federal Claims (RCFC), defendant, the United States, respectfully requests a five-day enlargement of time, to and including July 30, 2008, to file a motion for summary judgment. Our motion is currently due on July 25, 2008. No previous requests for enlargement of time have been made. On July 23, 2008, counsel for defendant spoke with Edward Snyder, counsel for the plaintiff, who indicated he does not oppose this motion.

The additional time is necessary because counsel for the Government was in trial from June 30, 2008 to July 18, 2008. Additionally, counsel for the Government is responsible for filing an opposition to a cross motion for summary judgment in another case that is due on July 29, 2008. This brief enlargement is requested for counsel to prepare a thorough response, and to obtain the necessary supervisory review of the Government's response.

For this reason, defendant respectfully requests the Court to grant this motion for enlargement of time of five days, to and including July 30, 2008, within which to file a motion for summary judgment.

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

MARK A. MELNICK
Assistant Director

OF COUNSEL:

ANDREW JONES
Office of Assistant Chief Counsel
U.S. Customs and Border Protection
6650 Telecom Drive
Indianapolis, Indiana 46278

s/ Joan M. Stentiford
JOAN M. STENTIFORD
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Department of Justice
Phone: (202) 616-0341
Fax: (202) 514-8624

July 24, 2007

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify under penalty of perjury that on this 24th__ day of August, 2008,“DEFENDANT’S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME,” was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

___/s/ Joan M. Stentiford_____
JOAN M. STENTIFORD