# In the United States Court of Federal Claims

**No. 07-355C**
**(Filed: July 25, 2008)**

* * * * * * * * * * * * * * * * *

**TEXAS NATIONAL BANK f/k/a**
**MERCEDES NATIONAL BANK,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * *

## ORDER

Defendant's unopposed motion, filed July 24, 2008, for a five-day enlargement of time to file a motion for summary judgment is **GRANTED**. Accordingly, the briefing schedule is as follows:

| | |
|---|---|
| **July 30, 2008** | Defendant's motion for summary judgment |
| **August 27, 2008** | Plaintiff's Response |
| **September 10, 2008** | Defendant's Reply |

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge