03-25-08 14:57 From-Assistant Chief Councel 3172981498 T-179 P.002/008 F-936

**OFFER** *(Must be fully completed by offeror)*

14. NAME AND ADDRESS OF OFFEROR *(Include ZIP Code)*

ALEJANDRO SOTO, JR.
ALL STAR IRON WORKS
P.O. BOX 83
MERCEDES, TX 78570

CODE FACILITY CODE

15. TELEPHONE NO. *(Include area code)*
317-298-1180

16. REMITTANCE ADDRESS *(Include only if different than Item 14)*

SAME

17. The offeror agrees to perform the work required at the prices specified below in strict accordance with the terms of the solicitation, if this offer is accepted by the Government in writing within ________ calendar days after the date offers are due. *(Insert any number equal to or greater than the minimum requirement stated in Item 13D. Failure to insert any number means the offeror accepts the minimum in Item 13D.)*

AMOUNTS ▶ REFER TO PAGES 5 & 5a OF section B.

EXHIBIT 22

18. The offeror agrees to furnish any required performance and payment bonds.

19. ACKNOWLEDGMENT OF AMENDMENTS
*(The offeror acknowledges receipt of amendments to the solicitation - give number and date of each)*

| AMENDMENT NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DATE | | | | | | | | | | |

20A. NAME AND TITLE OF PERSON AUTHORIZED TO SIGN OFFER *(Type or print)*

ALEJANDRO SOTO, JR.

20B. SIGNATURE

[signature]

20C. OFFER DATE

4/19/96

**AWARD** *(To be completed by Government)*

21. ITEMS ACCEPTED:

Section B.1 thru B.5.

22. AMOUNT ~~$.00~~ NTE $1,400,000
~~To be determined by each Delivery Order.~~

23. ACCOUNTING AND APPROPRIATION DATA

To be determined by each Delivery Order.

24. SUBMIT INVOICES TO ADDRESS SHOWN IN *(4 copies unless otherwise specified)* ▶ ITEM G.5

25. OTHER THAN FULL AND OPEN COMPETITION PURSUANT TO
☐ 10 U.S.C. 2304(c)( ) ☒ 41 U.S.C. 253(c) ( )

26. ADMINISTERED BY CODE NA

U.S. Customs Service
Field Procurement Service Group
6026 Lakeside Boulevard
Indianapolis, Indiana 46278

27. PAYMENT WILL BE MADE BY

U.S. Customs Service
National Finance Center
6026 Lakeside Boulevard
Indianapolis, Indiana 46278

***CONTRACTING OFFICER WILL COMPLETE ITEM 28 OR 29 AS APPLICABLE***

☒ 28. NEGOTIATED AGREEMENT *(Contractor is required to sign this document and return ___1___ copies to issuing office.)* Contractor agrees to furnish and deliver all items or perform all work, requisitions identified on this form and any continuation sheets for the consideration stated in this contract. The rights and obligations of the parties to this contract shall be governed by (a) this contract award, (b) the solicitation, and (c) the clauses representations, certification, and specifications or incorporated by reference in or attached to this contract.

☐ 29. AWARD *(Contractor is not required to sign this document.)* Your offer on this solicitation, is hereby accepted as to the items listed. This award consummates the contract, which consists of (a) the Government solicitation and your offer, and (b) this contract award. No further contractual document is necessary.

30A. NAME AND TITLE OF CONTRACTOR OR PERSON AUTHORIZED TO SIGN *(Type or print)*

31A. NAME OF CONTRACTING OFFICER *(Type or print)*

SEE SIGNATURE PAGE

30B. SIGNATURE

SEE SIGNATURE PAGE

30C. DATE

31B. UNITED STATES OF AMERICA

31C. AWARD DATE

SIGNATURE PAGE

PRIME CONTRACT NO. TC-I-96-013

SUBCONTRACT NO. 0639-96-601508

SUBCONTRACTOR: All Star Iron Works

All Star Iron Works
(Subcontractor)

6/18/96
(Date)

ALEJANDRO SOTO, JR
(Name)

(Signature)

President
(Title)

SMALL BUSINESS ADMINISTRATION:

(Name)

6/18/96
(Signature)

Frederico F. Manzanares
Contracting Officer
(Title)

(Date)

PROCURING AGENCY:

U.S. Customs
(Agency)

6/26/96
(Date)

KENNETH M. PETERSON
(Name)

(Signature)

CONTRACTING OFFICER
(Title)

PAGE 1 OF PAGES

# ORDER FOR SUPPLIES OR SERVICES

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

1. DATE OF ORDER: 9/2/98
2. CONTRACT NO. (If any): TC-1-96-012
3. ORDER NO.: CS-1-98-25600-1
4. REQUISITION/REFERENCE NO.: [illegible]

5. ISSUING OFFICE (Address correspondence to): DEPARTMENT OF THE TREASURY, U.S. CUSTOMS SERVICE - PPC, ... BOULEVARD, INDIANAPOLIS, INDIANA 46278

6. SHIP TO: (Consignee and address, ZIP Code): U.S. CUSTOMS SERVICE, 1500 E ELIZABETH ST, BROWNSVILLE, TX 78520

7. TO: CONTRACTOR (Name, address and ZIP Code): [illegible] TX 78570

VENDOR ID: ALSTIRWD

8. TYPE OF ORDER

☐ A. PURCHASE — Reference your

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheets, if any, including delivery as indicated. This purchase is negotiated under authority of:

☐ B. DELIVERY — Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION DATA: [illegible] U.S. CUSTOMS SERVICE, FY 1998

10. REQUISITIONING OFFICE: 01301000 [illegible]

11. BUSINESS CLASSIFICATION (Check appropriate box(es)): ☐ SMALL ☒ OTHER THAN SMALL ☐ DISADVANTAGED ☐ WOMEN-OWNED

12. F.O.B. POINT: DESTINATION
13. PLACE OF INSPECTION AND ACCEPTANCE: DESTINATION
14. GOVERNMENT B/L NO.:
15. DELIVER TO F.O.B. POINT ON OR BEFORE (Date): 01/30/9?
16. DISCOUNT TERMS: NET 10 DAYS

17. SCHEDULE (See reverse for Rejections)

| ITEM NO. (A) | SUPPLIES OR SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) | QUANTITY ACCEPTED (G) |
|---|---|---|---|---|---|---|
| 1 | CONTRACTOR WILL CONSTRUCT PHASE 1 FOR THE CANOPIES AT THE BROWNSVILLE PORT OF ENTRY, IN ACCORDANCE WITH THE STATEMENT OF WORK AND THE COST PROPOSAL.<br><br>PR: 98-25600 APC 098137 OBJ 25.53 | 1 | EA | | 100000.00 | |

SEE BILLING INSTRUCTIONS ON REVERSE

18. SHIPPING POINT
19. GROSS SHIPPING WEIGHT
20. INVOICE NO.
17(H). TOT. (Cont. pages)

21. MAIL INVOICE TO: (Include ZIP Code): U.S. C.S. OFO-OUTBOUND, 5.4C #170, 1300 PENNSYLVANIA AVE NW WASHINGTON, DC 20229

PO TOTAL 100000.00 — 17(I). GRAND TOTAL

22. UNITED STATES OF AMERICA BY (Signature) [signature]

23. NAME (Typed): WILLIAM [illegible]
TITLE: CONTRACTING/ORDE[RING OFFICER]

APP 003

Customs Form 341 (050891)

ORD FOR SUPPLIES OR SERVICES
SCHEDULE — CONTINUATION

PAGE NO.

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | ORDER NO. |
|---|---|---|
| | TC-I-96-013 | [illegible] |

| ITEM NO. (A) | SUPPLIES OR SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) | QUANTITY ACCEPTED (G) |
|---|---|---|---|---|---|---|
| | GENERAL REMARKS<br><br>THE ORDER NUMBER (BLOCK 3) MUST BE REFERENCED ON THE INVOICE<br><br>TAX EXEMPT # 72-04-08-780<br><br>PURCHASING AGENT:<br>HYNATT 317-298-1180<br><br>POINT OF CONTACT<br>JORGE FLORES 956-548-2744<br><br>THIS IS A NON ARRS DELIVERY ORDER. ALL INVOICES MUST BE CERTIFIED BY A CONTRACTING OFFICER PRIOR TO PAYMENT | | | | | |

APP 004

TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H))

MYNATT 317-298-1180 OMB CONTROL NO. 15?5-0080/0081

## ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 2 PAGES

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. (If any) | 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. |
|---|---|---|---|
| 8 Jul 99 | TC-I-96-013 | CS-I-99-24749-6 | PR-99-24749 |

| 5. ISSUING OFFICE (Address correspondence to) | 6. SHIP TO: (Consignee and address, ZIP Code) |
|---|---|
| DEPARTMENT OF THE TREASURY<br>U. S. CUSTOMS SERVICE - RPC<br>6026 LAKESIDE BOULEVARD<br>INDIANAPOLIS, INDIANA 46278 | U. S. CUSTOMS SERVICE<br>OFO-OUTBOUND 5.4C #170<br>1300 PENNSYLVANIA AVE NW<br>WASHINGTON, DC 20229 |

7. TO: CONTRACTOR (Name, address and ZIP Code)

ALL STAR IRON WORKS
PO BOX 83

MERCEDES TX 78570

VENDOR ID: ALSTIRWO

8. TYPE OF ORDER

☐ A. PURCHASE — Reference your ____

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheets, if any, including delivery as indicated. This purchase is negotiated under authority of:

☒ B. DELIVERY — Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION DATA

2090602
SALARIES & EXPENSES, USCS
U. S. CUSTOMS SERVICE, FY 1999

10. REQUISITIONING OFFICE

01300000 990132

11. BUSINESS CLASSIFICATION (Check appropriate box(es))

☐ SMALL ☒ OTHER THAN SMALL ☐ DISADVANTAGED ☐ WOMEN-OWNED

| 12. F.O.B. POINT | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE (Date) | 16. DISCOUNT TERMS |
|---|---|---|---|
| DESTINATION | | 09/30/99 | NET 14 DAYS |

13. PLACE OF INSPECTION AND ACCEPTANCE: DESTINATION

17. SCHEDULE (See reverse for Rejections)

| ITEM NO. (A) | SUPPLIES OR SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) | QUANTITY ACCEPTED (G) |
|---|---|---|---|---|---|---|
| 1 | CONTRACTOR WILL DESIGN BUILD PHASE I OF THE CANOPIES AT THE CUSTOMS LOS INDIOS BRIDGE IN ACCORDANCE WITH THE STATEMENT OF WORK AND THE COST PROPOSAL.<br><br>PR 99-24749 APC 015628 OBJ 25.31 | 1 | EA | | 100000.00 | |

Gonzalez DEPOSITION EXHIBIT 18 PENGAD 800-631-6989

SEE BILLING INSTRUCTIONS ON REVERSE

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | 17(H). TOT. (Cont. pages) |
|---|---|---|---|
| | | | |

21. MAIL INVOICE TO: (Include ZIP Code)

U. S. CUSTOMS SERVICE, OFO-OUTBOUND 5.4C #170
1300 PENNSYLVANIA AVE NW, WASHINGTON, DC 20229

PO TOTAL 100000.00 — 17(I). GRAND TOTAL

22. UNITED STATES OF AMERICA BY (Signature) [signature]

23. NAME (Typed) WILLIAM L. MYNATT
TITLE: CONTRACTING/ORDERING

UNITED STATES CUSTOMS SERVICE

Customs Form 341 (050891)

MYNATT 317-298-1180 OMB CONTROL NO. 1505-0080/0081

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 2 PAGES

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. (if any) | 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. |
|---|---|---|---|
| 5/27/99 | TC-I-96-013 | CS-I-99-24747-0 | PR-99-24747 |

**5. ISSUING OFFICE (Address correspondence to)**
DEPARTMENT OF THE TREASURY
U. S. CUSTOMS SERVICE - RPC
6026 LAKESIDE BOULEVARD
INDIANAPOLIS, INDIANA 46278

**6. SHIP TO: (Consignee and address, ZIP Code)**
U. S. CUSTOMS SERVICE
OFO-OUTBOUND 5.4C #170
1300 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20229

**7. TO: CONTRACTOR (Name, address and ZIP Code)**
ALL STAR IRON WORKS
PO BOX 83
MERCEDES TX 78570
VENDOR ID: ALSTIRWO-

**8. TYPE OF ORDER**
☐ A. PURCHASE — Reference your ______
Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheets, if any, including delivery as indicated. This purchase is negotiated under authority of:
☒ B. DELIVERY — Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**9. ACCOUNTING AND APPROPRIATION DATA**
20X8529
U. S. CUSTOMS SERVICE, FY 1999

**10. REQUISITIONING OFFICE**
01300000 990136

**11. BUSINESS CLASSIFICATION (Check appropriate box(es))**
☐ SMALL ☒ OTHER THAN SMALL ☐ DISADVANTAGED ☐ WOMEN-OWNED

| 12. F.O.B. POINT | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE (Date) | 16. DISCOUNT TERMS |
|---|---|---|---|
| DESTINATION | | 09/30/99 | NET 14 DAYS |

**13. PLACE OF INSPECTION AND ACCEPTANCE**
DESTINATION

**17. SCHEDULE (See reverse for Rejections)**

| ITEM NO. (A) | SUPPLIES OR SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) | QUANTITY ACCEPTED (G) |
|---|---|---|---|---|---|---|
| 1 | CONTRACTOR WILL DESIGN BUILD PHASE I OF THE CANOPIES AT THE CUSTOMS LOS TOMATES BRIDGE IN ACCORDANCE WITH THE STATEMENT OF WORK AND THE COST PROPOSAL.<br>PR 99-24747 APC 098137 OBJ 25.31 | 1 | EA | | 100000.00 | |

SEE BILLING INSTRUCTIONS ON REVERSE

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | 17(H). TOT. (Cont. pages) |
|---|---|---|---|
| | | | |

**21. MAIL INVOICE TO: (Include ZIP Code)**
U. S. CUSTOMS SERVICE OFO-OUTBOUND 5.4C #170
1300 PENNSYLVANIA AVE., NW WASHINGTON, DC 20229

PO TOTAL 100000.00 — 17(I). GRAND TOTAL

22. UNITED STATES OF AMERICA BY (Signature) [signature]

23. NAME (Typed) WILLIAM L. MYNATT
TITLE: CONTRACTING/ORDERING

APP 006

## ORDER FOR SUPPLIES OR SERVICES
## SCHEDULE – CONTINUATION

PAGE NO.

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | ORDER NO. |
|---|---|---|
| | TC-1-96-013 | [illegible] |

| ITEM NO (A) | SUPPLIES OR SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) | QUANTITY ACCEPTED (G) |
|---|---|---|---|---|---|---|
| | ************************************<br>GENERAL REMARKS<br><br>THE ORDER NUMBER (BLOCK 3) MUST BE REFERENCED ON THE INVOICE<br><br>TAX EXEMPT #: 72-04-08-780<br><br>PURCHASING AGENT:<br>WYNATT 317-298-1180<br><br>POINT OF CONTACT:<br>GEORGE HUTCHINSON 317-298-1300<br>X 1161<br><br>THIS IS A NON ARRS TASK ORDER. ALL INVOICES MUST BE FORWARDED TO THE CONTRACTING OFFICER FOR CERTIFICATION PRIOR TO PAYMENT. | | | | | |

TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H))

MYNATT 317-298-1180 OMB CONTROL NO. 1505-0080/0081

**ORDER F 'UPPLIES OR SERVICES**

PAGE 1 OF PAGES 2

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. (If any) | 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. |
|---|---|---|---|
| 8/31/99 | TC-I-96-013 | CS-I-99-24748-8 | PR-99-24748 |

5. ISSUING OFFICE (Address correspondence to)
DEPARTMENT OF THE TREASURY
U. S. CUSTOMS SERVICE -- RPC
6026 LAKESIDE BOULEVARD
INDIANAPOLIS, INDIANA 46278

6. SHIP TO: (Consignee and address, ZIP Code)
U. S. CUSTOMS SERVICE
OFO-OUTBOUND, 5. 4C #170
1300 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20229

7. TO: CONTRACTOR (Name, address and ZIP Code)
ALL STAR IRON WORKS
PO BOX 83
MERCEDES TX 78570
VENDOR ID: ALSTIRWO

8. TYPE OF ORDER
☐ A. PURCHASE — Reference your ____
Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheets, if any, including delivery as indicated. This purchase is negotiated under authority of:

☒ B. DELIVERY — Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

9. ACCOUNTING AND APPROPRIATION DATA
2090602
SALARIES & EXPENSES, USCS
U. S. CUSTOMS SERVICE, FY 1999

10. REQUISITIONING OFFICE
01300000 990131

11. BUSINESS CLASSIFICATION (Check appropriate box(es))
☐ SMALL ☒ OTHER THAN SMALL ☐ DISADVANTAGED ☐ WOMEN-OWNED

| 12. F.O.B. POINT | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE (Date) | 16. DISCOUNT TERMS |
|---|---|---|---|
| DESTINATION | | 09/30/99 | NET 14 DAYS |

13. PLACE OF INSPECTION AND ACCEPTANCE
DESTINATION

17. SCHEDULE (See reverse for Rejections)

| ITEM NO. (A) | SUPPLIES OR SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) | QUANTITY ACCEPTED (G) |
|---|---|---|---|---|---|---|
| 1 | CONTRACTOR WILL DESIGN BUILD PHASE I OF THE CUSTOMS CANOPIES AT THE B&M BRIDGE IN ACCORDANCE WITH THE STATEMENT OF WORK AND THE COST PROPOSAL.<br><br>PR 99-24748 APC 015628 OBJ 25. 31 | 1 | EA | | 100000. 00 | |

SEE BILLING INSTRUCTIONS ON REVERSE

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | 17(H). TOT. (Cont. pages) |
|---|---|---|---|
| | | | |

21. MAIL INVOICE TO: (Include ZIP Code)
U. S. CUSTOMS SERVICE OFO-OUTBOUND 5. 4C #170
1300 PENNSYLVANIA AVE NW, WASHINGTON, DC 20229

PO TOTAL 100000. 00 — 17(I). GRAND TOTAL

22. UNITED STATES OF AMERICA BY (Signature) [signature]

23. NAME (Typed)
WILLIAM L. MYNATT
TITLE: CONTRACTING/ORDER

APP 008

ORD OR SUPPLIES OR SERVICES
SCHEDULE – CONTINUATION

PAGE NO. 2 OF 2

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| DATE OF ORDER | CONTRACT NO. | ORDER NO. |
| --- | --- | --- |
| | TC-I-96-013 | CS-1-99-24748-S |

| ITEM NO (A) | SUPPLIES OR SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) | QUANTITY ACCEPTED (G) |
| --- | --- | --- | --- | --- | --- | --- |
| | ************************************ | | | | | |

GENERAL REMARKS

THE ORDER NUMBER (BLOCK 3) MUST BE REFERENCED ON THE INVOICE

TAX EXEMPT #: 72-04-08-780

PURCHASING AGENT:
MYNATT 317-298-1180

POINT OF CONTACT:
GEORGE HUTCHINSON 317-298-1300
X 1161

THIS IS A NON ARRS TASK ORDER. ALL INVOICES MUST BE FORWARDED TO THE CONTRACTING OFFICER FOR CERTIFICATION PRIOR TO PAYMENT.

APP 009

TOTAL CARRIED FORWARD TO 1ST PAGE (ITEM 17(H))

RES-MYNATT 317-298-1180 OMB CONTROL NO. 1505-0080/0081

# ORDER FOR SUPPLIES OR SERVICES

PAGE 1 OF 1 PAGES

IMPORTANT: Mark all packages and papers with contract and/or order numbers.

| 1. DATE OF ORDER | 2. CONTRACT NO. (If any) | 3. ORDER NO. | 4. REQUISITION/REFERENCE NO. |
|---|---|---|---|
| 28 Jun 2000 | TC-I-96-013 | CS-I-99-24747-0/0001 | PR-99-24747 |

**5. ISSUING OFFICE (Address correspondence to)**
DEPARTMENT OF THE TREASURY
U. S. CUSTOMS SERVICE - RPC
6026 LAKESIDE BOULEVARD
INDIANAPOLIS, INDIANA 46278

**6. SHIP TO: (Consignee and address, ZIP Code)**
U. S. CUSTOMS SERVICE
OFO-OUTBOUND 5.4C #170
1300 PENNSYLVANIA AVENUE NW
WASHINGTON, DC 20229

**7. TO: CONTRACTOR (Name, address and ZIP Code)**
ALL STAR IRON WORKS
PO BOX 83

MERCEDES TX 78570

VENDOR ID: ALSTIRWD

**8. TYPE OF ORDER**

☐ A. PURCHASE – Reference your ________

Please furnish the following on the terms and conditions specified on both sides of this order and on the attached sheets, if any, including delivery as indicated. This purchase is negotiated under authority of:

☐ B. DELIVERY – Except for billing instructions on the reverse, this delivery order is subject to instructions contained on this side only of this form and is issued subject to the terms and conditions of the above-numbered contract.

**9. ACCOUNTING AND APPROPRIATION DATA**
20X8529

U. S. CUSTOMS SERVICE, FY 1999

**10. REQUISITIONING OFFICE**
01300000 990136

**11. BUSINESS CLASSIFICATION (Check appropriate box(es))**
☐ SMALL ☒ OTHER THAN SMALL ☐ DISADVANTAGED ☐ WOMEN-OWNED

| 12. F.O.B. POINT | 14. GOVERNMENT B/L NO. | 15. DELIVER TO F.O.B. POINT ON OR BEFORE (Date) | 16. DISCOUNT TERMS |
|---|---|---|---|
| DESTINATION | | 09/30/00 | NET 14 DAYS |

**13. PLACE OF INSPECTION AND ACCEPTANCE**
DESTINATION

**17. SCHEDULE (See reverse for Rejections)**

| ITEM NO. (A) | SUPPLIES OR SERVICES (B) | QUANTITY ORDERED (C) | UNIT (D) | UNIT PRICE (E) | AMOUNT (F) | QUANTITY ACCEPTED (G) |
|---|---|---|---|---|---|---|
| 1 | CONTRACTOR WILL DESIGN BUILD PHASE I OF THE CANOPIES AT THE CUSTOMS LOS TOMATES BRIDGE IN ACCORDANCE WITH THE STATEMENT OF WORK AND THE COST PROPOSAL. PR 99-24747 APC 098137 OBJ 25.31 | | EA | 100000.00 | 0.00 | |
| 2 | COMPLETE PHASE II DESIGN BUILD FOR THE LOS TOMATES OUTBOUND CANOPIES IN ACCORDANCE WITH THE PLANS AND SPECIFICATIONS AND THE COST PROPOSAL. PR 99-24747 APC 098137 OBJ 25.31 | 1 | EA | | 101000.00 | |

SEE BILLING INSTRUCTIONS ON REVERSE

| 18. SHIPPING POINT | 19. GROSS SHIPPING WEIGHT | 20. INVOICE NO. | 17(H). TOT. (Cont. pages) |
|---|---|---|---|
| | | | 101000.00 |

**21. MAIL INVOICE TO: (Include ZIP Code)**
U. S. CUSTOMS SERVICE OFO-OUTBOUND 5.4C #170
1300 PENNSYLVANIA AVE., NW WASHINGTON, DC 20229

PO TOTAL 201000.00 — 17(I). GRAND TOTAL

22. UNITED STATES OF AMERICA BY (Signature) [signature]

23. NAME (Typed) WILLIAM L. MYNATT
TITLE: CONTRACTING/ORDE

APP 010

ASSIGNMENT

KNOW ALL MEN BY THESE PRESENTS: That Alejandro Soto, Jr. of All Star Iron Works, Inc., for the value received and in accordance with Assignment of Claims Act of 1940. (31 R. S. code 203) (41 U.S. Code 15), does hereby assign, set over and transfer unto

Mercedes National Bank 201 S. Texas Mercedes, Texas 78570
All right, title and interest to all monies due or to become due from U. S. Customs accruing under:

| Contract No. | Date | Description of Work | Amount of Contract Balance of Payments Under Contract |
|---|---|---|---|
| TC-I-96-013<br>CS-I-99-24748-8 | 09/30/99 | Contractor will design build I of the customs canopies at The B & M in accordance with The statement of work and the cost Proposal. | $100,000.00 |
| TC-I-96-013<br>CS-I-99-24749-6 | 09/30/99 | Contractor will design build Phase I Of the canopies at the Customs Los Indios Bridge in accordance with the Statement of work and the cost proposal | 100,000.00 |
| TC-I-96-013<br>CS-I-98-25600-I | 01/30/99 | Contractor will construct Phase I for the canopies at the Brownsville Port Of entry in accordance with the stmt of Work and the cost proposal. | 100,000.00 |
| TC-I-96-013<br>CS-I-99-24727-0 | 09/30/99 | Contractor will design build Phase I of The canopies at the customs Los Tomates Bridge in accordance with the statement of Work and the cost proposal. | 100,000.00 |

The Assignee shall not be held responsible for the performance of any work or for manufacture or delivery of any of the items mentioned in the said contract or contracts.

ATTEST [signature]

Alejandro Soto, Jr.
By: [signature]

Gonzalez
DEPOSITION
EXHIBIT
2
PENGAD 800-631-6989

Assignment accepted at Mercedes, County of Hidalgo,

State of Texas this 14 of January, 2000.

Mercedes National Bank:

(SEAL) NARCE F. REYES NOTARY PUBLIC State of Texas Comm. Exp. 12-17-2000

By: Cheryl Bellamy.

By: Cheryl Bellamy (Signature)

Title: President/CEO.

Sworn to and subscribed before me this 14th day of January, 2000

At County of Hidalgo, State of Texas.

(SEAL)

NARCE F. REYES NOTARY PUBLIC State of Texas Comm. Exp. 12-17-2000

Narce F. Reyes
Notary

MNB
Mercedes National Bank

CHERYL BELLAMY
President / CEO

# NOTICE OF ASSIGNMENT

Date: January 14, 2000

To: U. S. Customs Service-RPC
6026 Lakeside Boulevard
Indianapolis, Indiana 46278

Re: Contracts # TC-I-96-013
CS-I-99-24748-8
CS-I 99-24749-6
CS-I-99-25600-1
CS-I-99-24747-0

PLEASE TAKE NOTICE that monies due or to become due under the Contract described above have been assigned to the undersigned Mercedes National Bank to the provisions of the Assignment of Claims Act of 1940, approved October 9, 1940, as amended (31 U.S. Code 203) (41 U. S. code 15).

A true copy of the instrument of assignment is attached hereto.

Payments due or to become due under such contract should be made to the Assignee.

Please return this letter signed by the person acknowledging receipt on behalf of the addressee to my attention. A copy is enclosed for your records. Your assistance and cooperation with this request is greatly appreciated.

Sincerely,

Cheryl Bellamy
President/ CEO

Gonzalez
PENGAD 800-631-6989
DEPOSITION EXHIBIT
4

Authorized/Acknowledgment
U. S. Customs Service, RPC

Alejandro Soto, Jr.

U. S. Customs

WILLIAM MYNATT,
ACO FPEC

ALL STAR iron works

Quality Built Structures

FEBRUARY 22, 2000

MERCEDES NATIONAL BANK
Attn: Ms. Cheryl Bellamy
P.O Box 777
Mercedes, Tx 78570

Dear Cheryl,

The following is a construction cost estimate for the Los Tomates Outbound Canopy port of entry in Brownsville, Texas:

| | | |
|---|---|---|
| 1. | PROJECT TOTAL AMOUNT | 181,000.00 |
| 2. | Site work | 4,000.00 |
| 3. | Utility work | 7,000.00 |
| 4. | Concrete pavement | 10,000.00 |
| | Concrete | 9,000.00 |
| 5. | Structural steel | 16,000.00 |
| 6. | Metal roofing | 16,000.00 |
| 7. | Painting | 1,500.00 |
| 8. | Electrical work | 22,000.00 |

Alternate

| | | |
|---|---|---|
| 1. | One inspection booth unit | 16,200.00 |

PROJECT BUDGET SUMMARY:

| | |
|---|---|
| PROJECT TOTAL | 181,000.00 |
| CONSTRUCTION COST | -101,700.00 |
| GROSS PROFIT | 80,300.00 |

Please call should you have any questions.

Sincerely,

Alex Soto, Jr.
President

P.O. Box 83 • Mercedes, Texas 78570 • (512) 565-4987

DEPARTMENT OF THE TREASURY
U.S. CUSTOMS SERVICE
INDIANAPOLIS, INDIANA

JAN 24, 2000

Mercedes National Bank
ATT: Cheryl Bellamy
POB 777
Mercedes, TX 78570

Dear Ms. Bellamy:

Reference your request for acknowledgement of receipt for payments of Customs contracts awarded to Alejandro Soto Jr.

Please be advised the letter was forwarded to the Customs Chief Counsel for review. When legal approval is received the acknowledgement will be signed and forwarded.

Additional contracting questions should be directed to the undersigned at telephone 317-298-1180 ext. 1270 or FAX 317-298-1344 or in writing as follows:

U.S. Customs Service
ATTN: William L. Mynatt FPSG
6026 Lakeside Boulevard
Indianapolis, IN 46278

Sincerely,

William L. Mynatt
Administrative Contracting Officer

CC:
Alex Soto
File

EXHIBIT
23

2/23/00 ALSTIRWO

# PAYMENT ESTIMATE – CONTRACT PERFORMANCE

For use of this form, see ER 37-2-10 and ER 37-345-10.

1. DATE 2/02/00 — SHEET 1 of 1

2. CONTRACTOR AND ADDRESS: ALL STAR IRON WORKS, INC., P.O. BOX 83, MERCEDES, TX 78570

3. CONTRACT NO.: TC-I-96-013

4. DISTRICT:

5. DESCRIPTION OF WORK: B & M OUTBOUND CANOPY-DESIGN

6. APPROPRIATION AND PROJECT: CS-I-99-24748-8

7. REQUIRED COMPLETION DATE:

8. LOCATION: BROWNSVILLE, TX

9. PERIOD COVERED BY THIS ESTIMATE: FROM 9/30/99 THRU 1/31/00

10. JOB ORDER NO.:

11. ESTIMATE NO.: 1

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | DESIGN WORK | 100% | | 19,900.00 | 95% | 1,980.00 |

CERTIFIED FEB 28 2000

INCLUDES MODIFICATION THRU: — TOTAL CONTRACT → $ 19,900.00 — TOTAL EARNINGS TO DATE → $ 1,980.00

**12. PRESENTED FOR PAYMENT**

PAYEE — PER [signature]

DATE 2/02/00 — TITLE PRESIDENT

**13. APPROVED FOR PAYMENT**

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved

SIGNATURE — TITLE — DATE

CONTRACTING OFFICER APPROVAL (Signature) [signature] — DATE 10 Feb 2000

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | -0- | |
| B. PREVIOUS RETAINED PERCENTAGE | -0- | |
| C. PREVIOUS PAYMENTS | -0- | |
| D. PREVIOUS EARNINGS (A+B+C) | | -0- |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 1,980.00 |
| F. LESS RETAINED PERCENTAGE | -0- | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | -0- | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | 1,980.00 |
| I. RETAINAGE REFUNDED | -0- | |
| J. OTHER REFUNDS | -0- | |
| K. TOTAL REFUNDS THIS PERIOD | | -0- |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 1,980.00 |

15. RECAPITULATION:

TOTAL RETAINED PCTG. (B+F-I) $ — TOTAL PAID (C+L) $

ENG FORM 93, 1 MAR 78 — PREVIOUS EDITION OF THIS FORM IS OBSOLETE — **USE REVERSE SIDE FOR DETAILED EXPLANATION AND-OR REMARKS

APP 016

TexBank 2

PAYMENT ESTIMATE – CONTRACT PERFORMANCE 215369

For use of this form, see ER 37-2-10 and ER 37-345-10.

1. DATE 2-02-00

SHEET 1 of 1

2. CONTRACTOR AND ADDRESS: ALL STAR IRON WORKS, INC., P.O. BOX 83, MERCEDES, TX 78570

3. CONTRACT NO.: TC-I-96-013

4. DISTRICT

5. DESCRIPTION OF WORK: GATEWAY OUTBOUND CANOPY-DESIGN

6. APPROPRIATION AND PROJECT: CS-I-97-25600-1

7. REQUIRED COMPLETION D

8. LOCATION: BROWNSVILLE, TX

9. PERIOD COVERED BY THIS ESTIMATE FROM 9/30/99 THRU 1/31/00

10. JOB ORDER NO.

11. ESTIMATE NO

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | DESIGN WORK (REFER TO PLANS & SPECS.) | 100% | | 17,668.80 | 65% | 11,497.72 |

CERTIFIED FEB 28 2000

Int I

FEB 22 8 52 AM '00

INCLUDES MODIFICATION THRU:

TOTAL CONTRACT → $ 17,668.80 TOTAL EARNINGS TO DATE → $ 11,497.72

12. PRESENTED FOR PAYMENT

PAYEE

PER

DATE 2/02/00

TITLE PRESIDENT

13. APPROVED FOR PAYMENT

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE | TITLE | DATE

CONTRACTING OFFICER APPROVAL (Signature) | DATE 10 Feb 2000

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | -0- | |
| B. PREVIOUS RETAINED PERCENTAGE | -0- | |
| C. PREVIOUS PAYMENTS | -0- | |
| D. PREVIOUS EARNINGS (A+B+C) | | -0- |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 11,497.72 |
| F. LESS RETAINED PERCENTAGE | -0- | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | -0- | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | -0- |
| I. RETAINAGE REFUNDED | -0- | |
| J. OTHER REFUNDS | -0- | |
| K. TOTAL REFUNDS THIS PERIOD | | -0- |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 11,497.72 |

15. RECAPITULATION:

TOTAL RETAINED PCTG. (B+F-I) $ TOTAL PAID (C+L) $

ENG FORM 93, 1 MAR 76 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**USE REVERSE SIDE FOR DETAILED EXPLANATION AND OR REV

APP 017

Have A Nice Day!

Apr 16 '03 01:09

| | | | |
|---|---|---|---|
| 2. CONTRACTOR AND ADDRESS<br>ALL STAR IRON WORKS, INC., P.O. BOX 83, MERCEDES, TX 78570 | 3. CONTRACT NO.<br>TG-I-96-013 215370 | 4. DISTRICT | |
| 5. DESCRIPTION OF WORK<br>LOS TOMATES OUTBOUND CANOPY-DESIGN | 6. APPROPRIATION AND PROJECT<br>CS-I-99-24747-0 | 7. REQUIRED COMPLETION DATE | |
| 8. LOCATION<br>BROWNSVILLE, TX | 9. PERIOD COVERED BY THIS ESTIMATE<br>FROM 9/30/99 THRU 1/31/00 | 10. JOB ORDER NO. | 11. ESTIMATE NO.<br>Bo-(1) |

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | DESIGN WORK (REFER TO PLANS & SPECS.) | 100% | | 19,900.00 | 95% | 18,905.00 |
| INCLUDES MODIFICATION THRU: | | | TOTAL CONTRACT → | $ 19,900.00 | TOTAL EARNINGS TO DATE → | $ 18,905.00 |

CERTIFIED FEB 28 2000

Init. I.

FEB 22 8 52 AM '00

APP 018

TexBank 8

| 12. PRESENTED FOR PAYMENT | | 14. | | |
|---|---|---|---|---|
| PAYEE | PER [signature] | A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | -0- | |
| | | B. PREVIOUS RETAINED PERCENTAGE | -0- | |
| | | C. PREVIOUS PAYMENTS | -0- | |
| DATE 2/02/00 | TITLE PRESIDENT | D. PREVIOUS EARNINGS (A+B+C) | | -0- |
| 13. APPROVED FOR PAYMENT | | E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 18,905.00 |
| I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved. | | F. LESS RETAINED PERCENTAGE | -0- | |
| | | G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | -0- | |
| | | H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | -0- |
| SIGNATURE | TITLE / DATE | I. RETAINAGE REFUNDED | -0- | |
| | | J. OTHER REFUNDS | -0- | |
| | | K. TOTAL REFUNDS THIS PERIOD | | -0- |
| | | L. AMOUNT DUE CONTRACTOR (E-H+K) | | 18,905.00 |
| CONTRACTING OFFICER APPROVAL (Signature) [signature] | DATE 10 FEB 2000 | 15. RECAPITULATION: TOTAL RETAINED PCTG. (B+F-I) $ | TOTAL PAID (C+L) $ | COI |

ENG FORM 93, 1 MAR 78 — PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**(USE REVERSE SIDE FOR DETAILED EXPLANATION AND/OR REMARKS)

5. DESCRIPTION OF WORK
LOS INDIOS OUTBOUND CANOPY-DESIGN

6. APPROPRIATION AND PROJECT
CS-I-99-~~[illegible]~~ 24749-6

7. REQUIRED COMPLETION DATE

8. LOCATION
LOS INDIOS, TX ALSTIRWO

9. PERIOD COVERED BY THIS ESTIMATE
FROM 2/1/00 THRU 4/30/00

10. JOB ORDER NO.

11. ESTIMATE NO. 2

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | DESIGN WORK (BASE CANOPY) (REFER TO PLANS & SPECS.) | 100% | | 19,900.00 | 95% | 18,905.00 |
| 2 | ALTERNATE BOOTH DESIGN | 100% | | 6,600.00 | 95% | 6,270.00 |
| 3 | ROADWAY & DRAINAGE MODIFICATIONS | 100% | | 1,800.00 | 95% | 1,710.00 |
| 4 | ALTERNATE MISTING SYSTEM | 100% | | 1,650.00 | 95% | 1,567.50 |
| 5 | SECONDARY CANOPY | 100% | | 1,800.00 | 100% | 1,800.00 |
| | NOTE: NO ADDITIONAL DESIGN WORK WILL BE DONE TO THE SECONDARY CANOPY UNTIL FURTHER NOTICE. | | | | | |
| | INCLUDES MODIFICATION THRU: | | TOTAL CONTRACT → | $ 31,750.00 | TOTAL EARNINGS TO DATE → | $ 30,252.50 |

**12. PRESENTED FOR PAYMENT**

PAYEE

PER

DATE: 5/26/00

TITLE: PRESIDENT

**13. APPROVED FOR PAYMENT**

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE | TITLE | DATE

CONTRACTING OFFICER APPROVAL (Signature)

DATE: 6 Jun 2000

**14.**

| | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | -0- | |
| B. PREVIOUS RETAINED PERCENTAGE | -0- | |
| C. PREVIOUS PAYMENTS | 18,905.00 | |
| D. PREVIOUS EARNINGS (A+B+C) | | 18,905.00 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 11,347.50 |
| F. LESS RETAINED PERCENTAGE | -0- | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | -0- | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | -0- |
| I. RETAINAGE REFUNDED | -0- | |
| J. OTHER REFUNDS | -0- | |
| K. TOTAL REFUNDS THIS PERIOD | | -0- |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 11,347.50 |

**15. RECAPITULATION:**

TOTAL RETAINED PCTG. (F-I) $ TOTAL PAID (C+L) $ ~~11,347.50~~

ENG FORM 1 MAR 78 93 PREVIOUS EDITION OF THIS FORM IS OBSOLETE **(USE REVERSE SIDE FOR DETAILED EXPLANATION AND/OR REMARKS)

COMMERCIAL NFG

APP 019

TexBank 255

For use of this form, see ER 37-2-10 and ER 37-345-10.

2. CONTRACTOR AND ADDRESS
ALL STAR IRON WORKS, INC., P.O. BOX 83, MERCEDES, TX 78570.

3. CONTRACT NO.
TC-I-96-013 219451

4. DISTRICT

5. DESCRIPTION OF WORK
LOS TOMATES OUTBOUND CANOPY-DESIGN

6. APPROPRIATION AND PROJECT
CS-I-99-24747-0

7. REQUIRED COMPLETION DATE

8. LOCATION
BROWNSVILLE, TX ALSTFRWO

9. PERIOD COVERED BY THIS ESTIMATE
FROM 2/1/00 THRU 4/30/00

10. JOB ORDER NO.

11. ESTIMATE NO. 2

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | DESIGN WORK (BASE CANOPY) (REFER TO PLANS & SPECS.) | 100% | | 19,900.00 | 95% | 18,905.00 |
| 2 | ALTERNATE BOOTH DESIGN | 100% | | 6,800.00 | 95% | 6,460.00 |
| 3 | ROADWAY & DRAINAGE MODIFICATIONS | 100% | | 1,800.00 | 95% | 1,710.00 |
| 4 | ALTERNATE MISTING SYSTEM | 100% | | 1,650.00 | 95% | 1,567.50 |

TexBank 263

INCLUDES MODIFICATION THRU:

TOTAL CONTRACT → $ 30,150.00

TOTAL EARNINGS TO DATE → $ 28,642.00

12. PRESENTED FOR PAYMENT

PAYEE

PER [signature]

DATE 5/20/00

TITLE PRESIDENT

13. APPROVED FOR PAYMENT

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE | TITLE | DATE

CONTRACTING OFFICER APPROVAL (Signature) [signature]

DATE 15 Jun 2000

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | -0- | |
| B. PREVIOUS RETAINED PERCENTAGE | -0- | |
| C. PREVIOUS PAYMENTS | 18,905.00 | |
| D. PREVIOUS EARNINGS (A+B+C) | | 18,905.00 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 9,737.00 |
| F. LESS RETAINED PERCENTAGE | -0- | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | -0- | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | -0- |
| I. RETAINAGE REFUNDED | -0- | |
| J. OTHER REFUNDS | -0- | |
| K. TOTAL REFUNDS THIS PERIOD | | -0- |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 9,737.00 |

15. RECAPITULATION:

TOTAL RETAINED PCTG. (B+F-I) $ TOTAL PAID (C+L) $

ENG FORM 93 1 MAR 76 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**(USE REVERSE SIDE FOR DETAILED EXPLANATION AND/OR REMARKS)

COMMERCIAL ACCTS. MFG
JUN 7 AM 11:30 00