. of use of this form, see ER 37-2-10 and ER 37-345-10.

5/26/00

SHEET 1 of 1

| 2. CONTRACTOR AND ADDRESS | 3. CONTRACT NO. | 4. DISTRICT |
|---|---|---|
| ALL STAR IRON WORKS, INC., P.O. BOX 83, MERCEDES, TX 78570 | TC-I-96-013 219932 | |
| **5. DESCRIPTION OF WORK** | **6. APPROPRIATION AND PROJECT** | **7. REQUIRED COMPLETION DATE** |
| GATEWAY OUTBOUND CANOPY-DESIGN | CS-I-98-25600-1 | |

RECEIVED COMMERCIAL ACCTS NFC JUN 7 7 30 AM '00

| 8. LOCATION | 9. PERIOD COVERED BY THIS ESTIMATE | 10. JOB ORDER NO. | 11. ESTIMATE NO. |
|---|---|---|---|
| BROWNSVILLE, TX | FROM 2/1/00 THRU 4/30/00 | | 2 |

ASTIRWO

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | DESIGN WORK (BASE CANOPY) (REFER TO PLANS & SPECS.) | 100% | | 17,668.80 | 65% | 11,497.72 |
| 2 | ALTERNATE BOOTH DESIGN | 100% | | 6,400.00 | 65% | 4,160.00 |
| 3 | ALTERNATE MISTING SYSTEM | 100% | | 1,650.00 | 10% | 165.00 |
| 4 | TECHNICAL LINES & SPARE ELECTRICAL LINES DESIGN (PENDING) | | | | | |
| | INCLUDES MODIFICATION THRU: | TOTAL CONTRACT → | | $ 25,718.80 | TOTAL EARNINGS TO DATE → | $ 15,822.72 |

TexBank 271

APP 021

**12. PRESENTED FOR PAYMENT**

PAYEE

PER [signature]

DATE 5-26-00

TITLE PRESIDENT

**13. APPROVED FOR PAYMENT**

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE | TITLE | DATE

CONTRACTING OFFICER APPROVAL (Signature) [signature] DATE 6 JUN 2000

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | -0- | |
| B. PREVIOUS RETAINED PERCENTAGE | -0- | |
| C. PREVIOUS PAYMENTS | -0- | |
| D. PREVIOUS EARNINGS (A+B+C) | | 11,497.72 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 4,325.00 |
| F. LESS RETAINED PERCENTAGE | -0- | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | -0- | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | |
| I. RETAINAGE REFUNDED | -0- | |
| J. OTHER REFUNDS | -0- | |
| K. TOTAL REFUNDS THIS PERIOD | | -0- |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 4,325.00 |

15. RECAPITULATION:

TOTAL RETAINED PCTG. (B+F-I) $ TOTAL PAID (C+L) $

ENG FORM 93 1 MAR 78 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**(USE REVERSE SIDE FOR DETAILED EXPLANATION AND-OR REMARKS)

SHEET __ of __

| | |
|---|---|
| 2. CONTRACTOR AND ADDRESS: ALL STAR IRON WORKS, INC. P.O. BOX 83, MERECEDES, TX 78570 | 1. CONTRACT NO.: TC-I-96-013 |
| | 4. DISTRICT: 222600 |
| | 6. APPROPRIATION AND PROJECT: CS-I-99-24749-6 |
| | 7. REQUIRED COMPLETION DATE |
| 5. DESCRIPTION OF WORK: LOS INDIOS, OUTBOUND CANOPY DESIGN | 10. JOB ORDER NO. |
| 8. LOCATION: LOS INDIOS, TEXAS | 9. PERIOD COVERED BY THIS ESTIMATE: FROM 05-01-00 THRU 07-31-00 |
| | 11. ESTIMATE NO.: 5 |

CS-ACCTS ... ULE GRP. ALSTIRWO 2000 AUG 14 A 8:25

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | UNIT PRICE d | AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | DESIGN WORK (BASE CANOPY) (REFER TO PLANS & SPECS) | 100% | | 19,900.00 | 100% | 19,900.00 |
| 2 | ALTERNATE BOOTH DESIGN | 100% | | 6,600.00 | 100% | 6,600.00 |
| 3 | ROADWAY & DRAINAGE MODIFICATIONS | 100% | | 1,800.00 | 100% | 1,800.00 |
| 4 | ALTERNATE MISTING SYSTEM | 100% | | 1,650.00 | 100% | 1,650.00 |
| 5 | SECONDARY CANOPY | 100% | | 1,800.00 | 100% | 1,800.00 |
| 6 | PAYMENT & PERFORMANCE BOND | 100% | | 7,360.00 | 100% | 7,360.00 |
| | | | TOTAL CONTRACT → | $39,110.00 | TOTAL EARNINGS TO DATE → | $39,110.00 |

INCLUDES MODIFICATION THRU:

12. PRESENTED FOR PAYMENT

PAYEE

PER [signature]

DATE 08-07-00

TITLE PRESIDENT

13. APPROVED FOR PAYMENT

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE | TITLE | DATE

CONTRACTING OFFICER APPROVAL (Signature) [signature] DATE 8/16/00

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | - 0 - | |
| B. PREVIOUS RETAINED PERCENTAGE | - 0 - | |
| C. PREVIOUS PAYMENTS | 30,252.50 | |
| D. PREVIOUS EARNINGS (A+B+C) | | 30,252.50 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 8,857.50 |
| F. LESS RETAINED PERCENTAGE | - 0 - | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | - 0 - | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | - 0 - |
| I. RETAINAGE REFUNDED | - 0 - | |
| J. OTHER REFUNDS | - 0 - | |
| K. TOTAL REFUNDS THIS PERIOD | | - 0 - |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 8,857.50 |

15. RECAPITULATION:

TOTAL RETAINED PCTG. (B+F-I) $ | TOTAL PAID (C+L) $ ~~8,857.50~~

**USE REVERSE SIDE FOR DETAILED EXPLANATION AND/OR REMARKS

ENG FORM 93 1 MAR 78 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

TexBank 11

| 2. CONTRACTOR AND ADDRESS | 3. CONTRACT NO. | 4. DISTRICT |
|---|---|---|
| ALL STAR IRON WORKS, INC. P.O. BOX 83, MERCEDES, TX78570 | TC-I-96-013 | |

| 5. DESCRIPTION OF WORK | 6. APPROPRIATION AND PROJECT | 7. REQUIRED COMPLETION DATE |
|---|---|---|
| LOS TOMATES OUTBOUND CANOPU DESIGN | CS-I-99-24747-0 | 2-22-001 |

| 8. LOCATION | 9. PERIOD COVERED BY THIS ESTIMATE | 10. JOB ORDER NO. | 11. ESTIMATE NO. |
|---|---|---|---|
| BROWNSVILLE, TEXAS | FROM 05-01-00 THRU 07-31-00 | | |

CS-ACCTS. PAYABLE GRP 2000 AUG 14

ALSTIRWO

| ITEM NO. a | DESCRIPTION | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | DESIGN WORK (BASE CANOPY) (REFER TO PLANS & SPECS.) | 100% | | 19,900.00 | 100% | 19,900.00 |
| 2 | ALTERNATE BOOTH DESIGN (DESIGN) | 100% | | 6,800.00 | 100% | 6,800.00 |
| 3 | ROADWAY & DRAINAGE MODIFICATIONS | 100% | | 1,800.00 | 100% | 1,800.00 |
| 4 | ALTERNATE MISTING SYSTEM(DESIGN) | 100% | | 1,650.00 | 100% | 1,650.00 |
| 5 | PAYMENT & PERFORMANCE BONDS | 100% | | 7,240.00 | 100% | 7,240.00 |
| INCLUDES MODIFICATION THRU: | | | TOTAL CONTRACT → | $37,390.00 | TOTAL EARNINGS TO DATE → | $37,390.00 |

**12. PRESENTED FOR PAYMENT**

PAYEE

PER [signature]

DATE 8-07-00

TITLE PRESIDENT

**13. APPROVED FOR PAYMENT**

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| | | |

CONTRACTING OFFICER APPROVAL (Signature) [signature]

DATE F A V 00

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | - 0 - | |
| B. PREVIOUS RETAINED PERCENTAGE | - 0 - | |
| C. PREVIOUS PAYMENTS | 28,642.00 | |
| D. PREVIOUS EARNINGS (A+B+C) | | 28,642.00 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 8,748.00 |
| F. LESS RETAINED PERCENTAGE | - 0 - | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | - 0 - | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | - 0 - |
| I. RETAINAGE REFUNDED | - 0 - | |
| J. OTHER REFUNDS | - 0 - | |
| K. TOTAL REFUNDS THIS PERIOD | | - 0 - |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 8,748.00 |

15. RECAPITULATION:

TOTAL RETAINED PCTG. (B+F-I) $ TOTAL PAID (C+L) $

APP 023

TexBank 14

ENG FORM 1 MAR 79 93 PREVIOUS EDITION OF THIS FORM IS OBSOLETE.

**(USE REVERSE SIDE FOR DETAILED EXPLANATION AND/OR REMARKS.

PAYMENT ESTIMATE - CONTRACT PERFORMANCE    DATE 05-07-00    SHEET 1 of 1

For use of this form, see ER 37-2-10 and ER 37-345-10.

| | | | |
|---|---|---|---|
| 2. CONTRACTOR AND ADDRESS<br>ALL STAR IRON WORKS, INC., P.O.BOX 83, MERECEDES, TX 78570 | 3. CONTRACT NO.<br>TC-1-96-013 | 4. DISTRICT<br>222602 | |
| 5. DESCRIPTION OF WORK<br>GATEWAY OUTBOUND CANOPY-DESIGN | 6. APPROPRIATION AND PROJECT<br>CS-I-96-25600-1 | 7. REQUIRED COMPLETION DATE | |
| 8. LOCATION | 9. PERIOD COVERED BY THIS ESTIMATE<br>FROM 5-01-00 THRU 07-31-00 | 10. JOB ORDER NO. | 11. ESTIMATE NO |

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | DESIGN WORK (BASE CANOPY) (REFER TO PLANS & SPECS.) | 100% | | 17,668.80 | 95% | 16,785.36 |
| 2 | ALTERNATE BOOTH DESIGN | 100% | | 6,400.00 | 95% | 6,080.00 |
| 3 | ALTERNATE MISTING SYSTEM (DESIGN) | 100% | | 1,650.00 | 95% | 1,567.50 |
| | ALSTIRWO | | | | | |

INCLUDES MODIFICATION THRU:    TOTAL CONTRACT → $ 25,718.80    TOTAL EARNINGS TO DATE → $24,432.86

**12. PRESENTED FOR PAYMENT**

PAYEE    PER [signature]

DATE 08-07-00    TITLE PRESIDENT

**13. APPROVED FOR PAYMENT**

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE    TITLE    DATE

CONTRACTING OFFICER APPROVAL (Signature) [signature]    DATE 8 AUG 00

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | - 0 - | |
| B. PREVIOUS RETAINED PERCENTAGE | - 0 - | |
| C. PREVIOUS PAYMENTS | 15, 822.72 | |
| D. PREVIOUS EARNINGS (A+B+C) | | 15,822.72 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | |
| F. LESS RETAINED PERCENTAGE | - 0 - | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | - 0 - | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | |
| I. RETAINAGE REFUNDED | | |
| J. OTHER REFUNDS | | |
| K. TOTAL REFUNDS THIS PERIOD | | - 0 - |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 8,610.14 |

15. RECAPITULATION·

TOTAL RETAINED PCTG. (B+F-I) $    TOTAL PAID (C+L) $

ENG FORM 93 1 MAR 75    PREVIOUS EDITION OF THIS FORM IS OBSOLETE    **USE REVERSE SIDE FOR DETAILED EXPLANATION AND/OR REMARKS

APP 024

TexBank 17

# PAYMENT ESTIMATE – CONTRACT PERFORMANCE

For use of this form, see ER 37-2-10 and ER 37-345-10.

SHEET 1 of 1

| | |
|---|---|
| 2. CONTRACTOR AND ADDRESS | ALL STAR IRON WORKS, INC., P.O. BOX 83, MERCEDES, TX78570 |
| 3. CONTRACT NO. | TC-I-96-013 |
| 4. DISTRICT | |
| 5. DESCRIPTION OF WORK | B&M OUTBOUND CANOPY DESIGN |
| 6. APPROPRIATION AND PROJECT | CS-I-99-24748-8 |
| 7. REQUIRED COMPLETION DATE | |
| 8. LOCATION | BROWNSVILLE, TEXAS |
| 9. PERIOD COVERED BY THIS ESTIMATE | FROM 05-01-00 THRU 07-31-00 |
| 10. JOB ORDER NO. | |
| 11. ESTIMATE NO | 2 |

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | DESIGN WORK ALSTIRWO | 100% | | 19,900.00 | 35% | 6965.00 |
| | TOTAL CONTRACT → | | | $ 19,900.00 | TOTAL EARNINGS TO DATE → | $ 6,965.00 |

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | - 0 - | |
| | - 0 - | |
| B. PREVIOUS RETAINED PERCENTAGE | - 0 - | |
| C. PREVIOUS PAYMENTS | | - 0 - |
| D. PREVIOUS EARNINGS (A+B+C) | | 1,980.00 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | |
| F. LESS RETAINED PERCENTAGE | - 0 - | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | - 0 - | 4,985.00 |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | |
| I. RETAINAGE REFUNDED | - 0 - | |
| J. OTHER REFUNDS | - 0 - | - 0 - |
| K. TOTAL REFUNDS THIS PERIOD | | 4,985.00 |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | |

INCLUDES MODIFICATION THRU:

12. PRESENTED FOR PAYMENT

PAYEE

PER [signature]

TITLE PRESIDENT

DATE 08-07-00

13. APPROVED FOR PAYMENT

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| | | |

CONTRACTING OFFICER APPROVAL (Signature) [signature] DATE 8 Aug 00

15. RECAPITULATION:

TOTAL RETAINED PCTG. (B+F-I) $ TOTAL PAID (C+L) $

2007 AUG -9 A 10:23 ACCTS. PAYABLE GRP.

TexBank 279

APP 025

PAYMENT ESTIMATE - CONTRACT PERFORMANCE
For use of this form, see ER 37-2-10 and ER 37-345-10.

1. DATE 09-15-00

SHEET 1 of 1

2. CONTRACTOR AND ADDRESS
ALL STAR IRON WORKS, INC. P.O. BOX83, MERCEDES, TX 78570

3. CONTRACT NO. TC-I-96-013

4. DISTRICT

5. DESCRIPTION OF WORK
LOS INDIOS OUTBOUND CANOPY DESIGN

6. APPROPRIATION AND PROJECT CS-I-99-24749-6

7. REQUIRED COMPLETION DATE

8. LOCATION

2000 SEP 27

9. PERIOD COVERED BY THIS ESTIMATE FROM 08-01-00 THRU 09-15-00

10. JOB ORDER NO.

11. ESTIMATE NO 7

| ITEM NO. a | DESCRIPTION b | CONTRACT QUANTITY AND UNIT c | UNIT PRICE d | AMOUNT e | TOTAL TO DATE QUANTITY AND UNIT f | AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | DESIGN WORK BASE (BASE CANOPY) (REFER TO PLANS & SPECS.) | 100% | | 19,900.00 | 100% | 19,900.00 |
| 2 | ALTERNATE BOOTH DESIGN (DESIGN) | 100% | | 6,800.00 | 100% | 6,800.00 |
| 3 | ROADWAY & DRAINAGE MODIFICATIONS | 100% | | 1,800.00 | 100% | 1,800.00 |
| 4 | ALTERNATE MISTING SYSTEM (DESIGN) | 100% | | 1,650.00 | 100% | 1,650.00 |
| 5 | PAYMENT & PERFORMANCE BONDS | 100% | | 7,240.00 | 100% | 7,240.00 |
| 6 | REBAR | 100% | | 5,100.00 | 95% | 4,845.00 |
| 7 | STRUCTURAL STEEL | 100% | | 79,500.00 | 72% | 57,240.00 |

ALSTIRWO

APP 026

TexBank 20

INCLUDES MODIFICATION THRU:

TOTAL CONTRACT → $121,990.00

TOTAL EARNINGS TO DATE → $ 99,475.00

12. PRESENTED FOR PAYMENT

PAYEE

PER [signature]

DATE 09-15-00

TITLE PRESIDENT

13. APPROVED FOR PAYMENT

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| | | |

CONTRACTING OFFICER APPROVAL (Signature) [signature]

DATE 20 Sep 00

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | - 0 - | |
| B. PREVIOUS RETAINED PERCENTAGE | - 0 - | |
| C. PREVIOUS PAYMENTS | 37,390.00 | |
| D. PREVIOUS EARNINGS (A+B+C) | | 37,390.00 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 62,085.00 |
| F. LESS RETAINED PERCENTAGE | 3,104.25 | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | - 0 - | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | 3,104.25 |
| I. RETAINAGE REFUNDED | - 0 - | |
| J. OTHER REFUNDS | - 0 - | |
| K. TOTAL REFUNDS THIS PERIOD | | - 0 - |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 58,980.75 |

15 RECAPITULATION

TOTAL RETAINED PCTG. (B+F-I) $

TOTAL PAID (C+L) $

ENG FORM 1 MAR 78 93 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**USE REVERSE SIDE FOR DETAILED EXPLANATION AND/OR REMARKS

PAYMENT ESTIMATE – CONTRACT PERFORMANCE
For use of this form, see ER 37-2-10 and ER 37-345-10.

1. DATE 09-15-00

SHEET 1 of 1

CONTRACTOR AND ADDRESS: ALL STAR IRON WORKS, INC. P.O.BOX 83, MERCEDES, TX78570

3. CONTRACT NO.: TC-I-96-013

4. DISTRICT:

DESCRIPTION OF WORK: LOS TOMATES OUTBOUND CANOPY DESIGN

6. APPROPRIATION AND PROJECT: CS-I-99-24747-0

7. REQUIRED COMPLETION DATE:

LOCATION: BROWNSVILLE, TEXAS

2000 SEP 21

9. PERIOD COVERED BY THIS ESTIMATE: FROM 08-01-00 THRU 09-15-00

10. JOB ORDER NO.:

11. ESTIMATE NO. 4

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | UNIT PRICE d | AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | DESIGN WORK (BASE CANOPY) (REFER TO PLANS & SPECS) | 100% | | 19,900.00 | 100% | 19,900.00 |
| 2 | ALTERNATE BOOTH DESIGN | 100% | | 6,800.00 | 100% | 6,800.00 |
| 3 | ROADWAY & DRAINAGE MODIFICATIONS | 100% | | 1,800.00 | 100% | 1,800.00 |
| 4 | ALTERNATE MISTING SYSTEM (DESIGN) | 100% | | 1,650.00 | 100% | 1,650.00 |
| 5 | PAYMENT & PERFORMANCE BONDS | 100% | | 7,240.00 | 100% | 7,240.00 |
| 6 | REBAR | 100% | | 5,400.00 | 85% | 4,590.00 |
| 7 | STRUCTURAL STEEL | 100% | | 78,800.00 | 72% | 56,736.00 |
| | ALST IRWO | | | | | |
| INCLUDES MODIFICATION THRU: | | TOTAL CONTRACT → | | $121,670.00 | TOTAL EARNINGS TO DATE → | $ 98,716.00 |

APP 027

TexBank 23

12. PRESENTED FOR PAYMENT

PAYEE

PER [signature]

DATE 09-15-00

TITLE PRESIDENT

13. APPROVED FOR PAYMENT

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE | TITLE | DATE

CONTRACTING OFFICER APPROVAL (Signature) [signature]

DATE 20 SEP 2000

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | - 0 - | |
| B. PREVIOUS RETAINED PERCENTAGE | - 0 - | |
| C. PREVIOUS PAYMENTS | 37,390.00 | |
| D. PREVIOUS EARNINGS (A+B+C) | | 37,390.00 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 61,326.00 |
| F. LESS RETAINED PERCENTAGE | 3,066.30 | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | - 0 - | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | 3,066.30 |
| I. RETAINAGE REFUNDED | - 0 - | |
| J. OTHER REFUNDS | - 0 - | |
| K. TOTAL REFUNDS THIS PERIOD | | - 0 - |
| L. AMOUNT DUE CONTRACTOR (E-H-K) | | 58,259.70 |

15. RECAPITULATION:

TOTAL RETAINED PCTG. (B+F-I) $ TOTAL PAID (C+L) $

ENG FORM 1 MAR 78 93 PREVIOUS EDITION OF THIS FORM IS OBSOLETE **USE REVERSE SIDE FOR DETAILED EXPLANATION AND OR REMARKS

PAYMENT ESTIMATE – CONTRACT PERFORMANCE
For use of this form, see ER 37-2-10 and ER 37-345-10.

1. DATE 10/25/00 | SHEET 1 of 1

CONTRACTOR AND ADDRESS: All Star Iron Works, Inc. PO Box83, Mercedes,TX 78570
3. CONTRACT NO.: TC-I-96-013
4. DISTRICT: 225452
DESCRIPTION OF WORK: Los Indios Outbound Canopy Design
6. APPROPRIATION AND PROJECT: CS-I-99-24749-6
7. REQUIRED COMPLETION DATE:
LOCATION:
9. PERIOD COVERED BY THIS ESTIMATE FROM 09-16-00 THRU 10-15-00
10. JOB ORDER NO.:
11. ESTIMATE NO.:

APP 028

| ITEM NO. a | DESCRIPTION b ALSTIRWO | CONTRACT QUANTITY AND UNIT c | UNIT PRICE d | AMOUNT e | TOTAL TO DATE QUANTITY AND UNIT f | AMOUNT g |
|---|---|---|---|---|---|---|
| | Design Work Base (Base Canopy) (Refer to Plans & Specs.) | 100% | | 19,900.00 | 100% | 19,900.00 |
| | Alternate Booth Design (Design) | 100% | | 6,800.00 | 100% | 6,800.00 |
| | Roadway & Drainage Modifications | 100% | | 1,800.00 | 100% | 1,800.00 |
| | Alternate Misting System(Design) | 100% | | 1,650.00 | 100% | 1,650.00 |
| | Payment & Performance Bonds | 100% | | 7,240.00 | 100% | 7,240.00 |
| | Mobilization | 100% | | 9,200.00 | 100% | 9,200.00 |
| | Rebar | 100% | | 5,100.00 | 100% | 5,100.00 |
| | Concrete Piers | 100% | | 20,240.00 | 100% | 20,240.00 |
| | Structural Steel | 100% | | 79,500.00 | 81% | 64,600.00 |
| INCLUDES MODIFICATION THRU: | | | TOTAL CONTRACT → | $ 151,430.00 | TOTAL EARNINGS TO DATE → | $ 136,530.00 |

CERTIFIED NOV 7 2000 (stamps)

12. PRESENTED FOR PAYMENT
PAYEE | PER (signature) 10/25/00
DATE 10/25/00 | TITLE President

13. APPROVED FOR PAYMENT
I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE | TITLE | DATE

CONTRACTING OFFICER APPROVAL (Signature) (signature) | DATE 27 Oct 2000

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | – 0 – | |
| B. PREVIOUS RETAINED PERCENTAGE | 3,104.25 | |
| C. PREVIOUS PAYMENTS | 96,370.75 | |
| D. PREVIOUS EARNINGS (A+B+C) | | 99,475.00 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 37,055.00 |
| F. LESS RETAINED PERCENTAGE | 1,852.75 | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | – 0 – | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | 1,852.75 |
| I. RETAINAGE REFUNDED | – 0 – | |
| J. OTHER REFUNDS | – 0 – | |
| K. TOTAL REFUNDS THIS PERIOD | | – 0 – |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 35,202.25 |

15. RECAPITULATION:
TOTAL RETAINED PCTG. (B+F-I) $ | TOTAL PAID (C+L) $

ENG FORM 93 1 MAR 78 PREVIOUS EDITION OF THIS FORM IS OBSOLETE **(USE REVERSE SIDE FOR DETAILED EXPLANATION AND-OR REMARKS

TexBank 26

# PAYMENT ESTIMATE – CONTRACT PERFORMANCE

For use of this form, see ER 37-2-10 and ER 37-345-10.

1. DATE 10/25/00

SHEET 1 of 1

TRACTOR AND ADDRESS: Star Iron Works, Inc. PO Box 83 Mercedes, TX

3. CONTRACT NO. TC- I-96-013

4. DISTRICT 225453

CRIPTION OF WORK: con Heights Housing Repairs

6. APPROPRIATION AND PROJECT CS-I-00-23988-9

7. REQUIRED COMPLETION DATE

ATION: con Heights

9. PERIOD COVERED BY THIS ESTIMATE FROM 10-1-00 THRU 10-15-00

10. JOB ORDER NO.

11. ESTIMATE NO.

| M | DESCRIPTION b | CONTRACT QUANTITY AND UNIT c | CONTRACT UNIT PRICE d | CONTRACT AMOUNT e | TOTAL TO DATE QUANTITY AND UNIT f | TOTAL TO DATE AMOUNT g |
|---|---|---|---|---|---|---|
| | Mobilization | 100% | | 4,800.00 | 100% | 4,800.00 |
| | Kitchen Cabinets | 100% | | 66,020.05 | | |
| | Paint Repairs | 100% | | 2,200.00 | | |
| | Demobilization | 100% | | 4,800.00 | | |

ALSTIRWD

APP 029

TexBank 29

DES MODIFICATION THRU:

TOTAL CONTRACT → $ 77,820.05

TOTAL EARNINGS TO DATE → $ 4,800.00

12. PRESENTED FOR PAYMENT

10/25/00

PER [signature] 10/25/00

TITLE President

13. APPROVED FOR PAYMENT

'IFY that I have checked the quantities covered by this bill or estimate; that the /as actually performed; that the quantities are correct and consistent with all pre-omputations as actually checked; that the quantities and amounts are wholly ent with the requirements of the contract or other instrument involved.

| TURE | TITLE | DATE |
|---|---|---|
| | | |

RACTING OFFICER APPROVAL (Signature) [signature]

DATE 27 Oct 2000

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | – 0 – | |
| B. PREVIOUS RETAINED PERCENTAGE | – 0 – | |
| C. PREVIOUS PAYMENTS | – 0 – | |
| D. PREVIOUS EARNINGS (A+B+C) | | – 0 – |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 4,800.00 |
| F. LESS RETAINED PERCENTAGE | 240.00 | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | – 0 – | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | 240.00 |
| I. RETAINAGE REFUNDED | – 0 – | |
| J. OTHER REFUNDS | – 0 – | |
| K. TOTAL REFUNDS THIS PERIOD | | – 0 – |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 4,560.00 |

15. RECAPITULATION:

TOTAL RETAINED PCTG. (B+F-I) $

TOTAL PAID (C+L) $

FORM 93 1 MAR 78

PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**USE REVERSE SIDE FOR DETAILED EXPLANATION AND/OR REMARK

ACCOUNTS PAYABLE ... 2000 ... D

PAYMENT ESTIMATE – CONTRACT PERFORMANCE

For use of this form, see ER 37-2-10 and ER 37-345-10.

1. DATE 10/25/00

SHEET 1 of 1

. CONTRACTOR AND ADDRESS
All Star Iron Works Inc. PO Box 83 Mercedes, TX

3. CONTRACT NO. TC-I96-013

4. DISTRICT 225454

. DESCRIPTION OF WORK
Falcom Dam Admin. Bldg. Roof Repairs

6. APPROPRIATION AND PROJECT CS-I-00-235-54-9

7. REQUIRED COMPLETION DATE

. LOCATION
Falcon Heights, TX

9. PERIOD COVERED BY THIS ESTIMATE FROM 10-1-00 THRU 10-15-00

10. JOB ORDER NO.

11. ESTIMATE NO. 1

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| | Mobilization | 4,800.00 | | 4,800.00 | 100% | 4,800.00 |
| | Roof Repairs | 27,900.00 | | 27,900.00 | | |
| | Demobilization | 4,800.00 | | 4,800.00 | | |

ALSTIRWD

APP 030

ACCTS. PAYABLE GRP. 2000 NOV -3 P 1:53

TexBank 32

CLUDES MODIFICATION THRU:

TOTAL CONTRACT → $ 37,500.00

TOTAL EARNINGS TO DATE → $ 4,800.00

12. PRESENTED FOR PAYMENT

YEE

PER [signature] 10/25/00

ATE 10/25/00

TITLE President

13. APPROVED FOR PAYMENT

ERTIFY that I have checked the quantities covered by this bill or estimate; that the rk was actually performed; that the quantities are correct and consistent with all preus computations as actually checked; that the quantities and amounts are wholly nsistent with the requirements of the contract or other instrument involved.

| GNATURE | TITLE | DATE |
|---|---|---|
| | | |

ONTRACTING OFFICER APPROVAL (Signature) [signature]

DATE 27 Oct 2000

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | – 0 – | |
| B. PREVIOUS RETAINED PERCENTAGE | – 0 – | |
| C. PREVIOUS PAYMENTS | – 0 – | |
| D. PREVIOUS EARNINGS (A+B+C) | | – 0 – |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 4,800.00 |
| F. LESS RETAINED PERCENTAGE | 240.00 | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | – 0 – | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | 240.00 |
| I. RETAINAGE REFUNDED | | |
| J. OTHER REFUNDS | | |
| K. TOTAL REFUNDS THIS PERIOD | | – 0 – |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 4,560.00 |

15. RECAPITULATION:

TOTAL RETAINED PCTG. (B+F-I) $ TOTAL PAID (C+L) $

NG FORM 93 1 MAR 78 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**(USE REVERSE SIDE FOR DETAILED EXPLANATION AND/OR REMARKS

For use of this form, see ER 37-2-10 and ER 37-345-10.

2. CONTRACTOR AND ADDRESS: All Star Iron works, Inc. PO Box 83, Mercedes TX 78570

3. CONTRACT NO.: TC-T-96-013

4. DISTRICT: 225451

5. DESCRIPTION OF WORK: Los Tomates Outbound Canopy Design

6. APPROPRIATION AND PROJECT: CS-I-99-2474-0

7. REQUIRED COMPLETION DATE:

8. LOCATION: Brownsville, Texas

9. PERIOD COVERED BY THIS ESTIMATE: FROM 9/16/00 THRU 10/15/00

10. JOB ORDER NO.:

11. ESTIMATE NO:

| ITEM NO. a | DESCRIPTION b ALSTIRWO | CONTRACT QUANTITY AND UNIT c | CONTRACT UNIT PRICE d | CONTRACT AMOUNT e | TOTAL TO DATE QUANTITY AND UNIT f | TOTAL TO DATE AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | Design Work (Base Canopy) (Refer to plans & specs.) | 100% | | 19,900.00 | 100% | 19,900.00 |
| 2 | Alternate Booth Design | 100% | | 6,800.00 | 100% | 6,800.00 |
| 3 | Roadway & Drainage Design | 100% | | 1,800.00 | 100% | 1,800.00 |
| 4 | Alternate Misting System (Design) | 100% | | 1,650.00 | 100% | 1,650.00 |
| 5 | Payment & Performance Bonds | 100% | | 7,240.00 | 100% | 7,240.00 |
| 6 | Mobilization | 100% | | 9,050.00 | 100% | 9,050.00 |
| 7 | Rebar | 100% | | 5,400.00 | 85% | 4,590.00 |
| 8 | Structural Steel | 100% | | 78,800.00 | 80% | 63,040.00 |

INCLUDES MODIFICATION THRU:

TOTAL CONTRACT → $ 130,640.00

TOTAL EARNINGS TO DATE → $ 114,070.00

12. PRESENTED FOR PAYMENT

PAYEE

PER [signature] 10/25/00

DATE 10/25/00

TITLE President

13. APPROVED FOR PAYMENT

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| | | |

CONTRACTING OFFICER APPROVAL (Signature) [signature]

DATE 27 Oct 2000

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | -0- | |
| B. PREVIOUS RETAINED PERCENTAGE | 3,066.30 | |
| C. PREVIOUS PAYMENTS | 95,649.70 | |
| D. PREVIOUS EARNINGS (A+B+C) | | 98,716.00 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 15,354.00 |
| F. LESS RETAINED PERCENTAGE | 767.70 | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | -0- | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | 831.70 |
| I. RETAINAGE REFUNDED | -0- | |
| J. OTHER REFUNDS | -0- | |
| K. TOTAL REFUNDS THIS PERIOD | | -0- |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 14,586.30 |

15. RECAPITULATION:

TOTAL RETAINED PCTG. (B+F-I) $ TOTAL PAID (C+L) $

TexBank 310

APP 031

FILED-ACCT PAYABLE GRP 2000 NOV -3 P 1:52

ENG FORM 93 MAR 75 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**USE REVERSE SIDE FOR DETAILED EXPLANATION AND/OR REMARKS

All Star Iron Works, Inc.P.O Box 83 Mercedes,TX78570 | TC-I-96-013

5. DESCRIPTION OF WORK: Falcom Dam Admin. Bldg. Roof Repairs

6. APPROPRIATION AND PROJECT: CS-T-00-23554-9

7. REQUIRED COMPLETION DA

8. LOCATION: Falcon Heights, Texas

9. PERIOD COVERED BY THIS ESTIMATE FROM 10/16/00 THRU 11/15/00

10. JOB ORDER NO.

11. ESTIMATE NO. 2

2000 DEC -5 A 7:09

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | UNIT PRICE d | AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | Mobilization | 100% | | 4,800.00 | 100% | 4,800.00 |
| 2 | Roof Repairs | | | | | |
| | 2.1 Materials | 100% | | 16,140.00 | 80% | 12,912.00 |
| | 2.2 Labor | 100% | | 11,760.00 | | |
| 3 | Demobilization | 100% | | 4,800.00 | | |

ALSTIRWO 226495

APP 032

TexBank 333

INCLUDES MODIFICATION THRU:

TOTAL CONTRACT → $37,500.00 | TOTAL EARNINGS TO DATE → $17,712.00

**12. PRESENTED FOR PAYMENT**

PAYEE | PER [signature] 11/30/00

DATE 11/30/00 | TITLE President

**13. APPROVED FOR PAYMENT**

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| | | |

CONTRACTING OFFICER APPROVAL (Signature) [signature] | DATE 1 Dec 2000

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | -0- | |
| B. PREVIOUS RETAINED PERCENTAGE | 240.00 | |
| C. PREVIOUS PAYMENTS | 4,560.00 | |
| D. PREVIOUS EARNINGS (A+B+C) | | 4,800.00 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 12,912.00 |
| F. LESS RETAINED PERCENTAGE | 645.60 | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | -0- | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | 645.60 |
| I. RETAINAGE REFUNDED | | |
| J. OTHER REFUNDS | | |
| K. TOTAL REFUNDS THIS PERIOD | | -0- |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 12,266.40 |

15. RECAPITULATION:

TOTAL RETAINED PCTG. (B+F-I) $ | TOTAL PAID (C+L) $

ENG FORM 1 MAR 78 93 PREVIOUS EDITION OF THIS FORM IS OBSOLETE **(USE REVERSE SIDE FOR DETAILED EXPLANATION AND/OR REMARKS)

SHEET [illegible] of [illegible]

| 2. CONTRACTOR AND ADDRESS | 3. CONTRACT NO. | 4. DISTRICT |
|---|---|---|
| All Star Iron Works, Inc.-P.O Box 83, Mercedes,TX78570 | TC-I-96-013 | |

| 5. DESCRIPTION OF WORK | 6. APPROPRIATION AND PROJECT | 7. REQUIRED COMPLETION DAT |
|---|---|---|
| B & M Outbound Canopy Design | CS-I-99-24748-8 | |

| 8. LOCATION | 9. PERIOD COVERED BY THIS ESTIMATE | 10. JOB ORDER NO. | 11. ESTIMATE NO. |
|---|---|---|---|
| Brownsville, Texas | FROM 9/30/00 THRU 11/15/00 | | 2 |

2000 DEC -5 A 7:09

| ITEM NO. a | DESCRIPTION b | CONTRACT QUANTITY AND UNIT c | CONTRACT UNIT PRICE d | CONTRACT AMOUNT e | TOTAL TO DATE QUANTITY AND UNIT f | TOTAL TO DATE AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | DESIGN WORK | 100% | | 19,000.00 | 65% | 12,935.00 |
| 2 | DESIGN WORK(Traffic Study) | 100% | | 8,568.00 | 100% | 8,568.00 |

ALSTIRWO

226496

TexBank 341

INCLUDES MODIFICATION THRU: TOTAL CONTRACT → $ 27,568.00 TOTAL EARNINGS TO DATE → $21,503.00

**12. PRESENTED FOR PAYMENT**

PAYEE

PER [signature] 11/30/00

DATE 11/30/00

TITLE President

**13. APPROVED FOR PAYMENT**

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| | | |

CONTRACTING OFFICER APPROVAL (Signature) [signature]

DATE 1 DEC 2000

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | -0- | |
| B. PREVIOUS RETAINED PERCENTAGE | -0- | |
| C. PREVIOUS PAYMENTS | 1,980.00 | |
| D. PREVIOUS EARNINGS (A+B+C) | | 1,980.00 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 19,523.00 |
| F. LESS RETAINED PERCENTAGE | -0- | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | -0- | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | -0- |
| I. RETAINAGE REFUNDED | -0- | |
| J. OTHER REFUNDS | -0- | |
| K. TOTAL REFUNDS THIS PERIOD | | -0- |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 19,523.00 |

15. RECAPITULATION:

TOTAL RETAINED PCTG. (B+F-I) $ TOTAL PAID (C+L) $

ENG FORM 93 1 MAR 78 PREVIOUS EDITION OF THIS FORM IS OBSOLETE **(USE REVERSE SIDE FOR DETAILED EXPLANATION AND/OR REMARKS)

PAYMENT ESTIMATE

For use of this form, see ER 37-2-10 and ER 37-345-10.

| | | | |
|---|---|---|---|
| CONTRACTOR AND ADDRESS<br>All Star Iron Works, Inc. P.O Box Mercedes, TX78570 | 3. CONTRACT NO.<br>TC-I-96-013 | | 4. DISTRICT |
| DESCRIPTION OF WORK<br>Los Tomates Outbound Canopy Design | 6. APPROPRIATION AND PROJECT<br>CS-I-99-2474750 | | 7. REQUIRED COMPLETION DATE |
| LOCATION<br>Brownsville, Texas | 9. PERIOD COVERED BY THIS ESTIMATE<br>FROM 10/16/00 THRU 11/15/00 | 10. JOB ORDER NO. | 11. ESTIMATE NO.<br>6 |

ALSTARWO 2000 DEC -5 A 7:09

| ITEM NO. a | DESCRIPTION b | CONTRACT QUANTITY AND UNIT c | CONTRACT UNIT PRICE d | CONTRACT AMOUNT e | TOTAL TO DATE QUANTITY AND UNIT f | TOTAL TO DATE AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | Design Work (Base Canopy) (Refer to plans & specs.) | 100% | 22647 | 19,900.00 | 100% | 19,900.00 |
| 2 | Alternate Booth Design | 100% | | 6,800.00 | 100% | 6,800.00 |
| 3 | Roadway & Drainage Design | 100% | | 1,800.00 | 100% | 1,800.00 |
| 4 | Alternate Misting System (Design) | 100% | | 1,650.00 | 100% | 1,650.00 |
| 5 | Payment & Performance Bonds | 100% | | 7,240.00 | 100% | 7,240.00 |
| 6 | Mobilization | 100% | | 9,050.00 | 100% | 9,050.00 |
| 7 | Rebar | 100% | | 5,400.00 | 85% | 4,590.00 |
| 8 | Structural Steel | 100% | | 78,800.00 | 80% | 63,040.00 |
| 9 | Mechanical-HV/AC (Booth Only) | 100% | | 3,602.00 | 25% | 900.00 |
| 10 | Inspection Booth | 100% | | 12,607.00 | 85% | 10,806.00 |

APP 034

TexBank 349

INCLUDES MODIFICATION THRU:

TOTAL CONTRACT → $ 146,849.00

TOTAL EARNINGS TO DATE → $125,776.50

**12. PRESENTED FOR PAYMENT**

PAYEE

PER [signature]

DATE 11/30/00

TITLE President

**13. APPROVED FOR PAYMENT**

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| | | |

CONTRACTING OFFICER APPROVAL (Signature) [signature]

DATE 1 DEC 2000

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | -0- | |
| B. PREVIOUS RETAINED PERCENTAGE | 3,834.00 | |
| C. PREVIOUS PAYMENTS | 110,236.00 | |
| D. PREVIOUS EARNINGS (A+B+C) | | 114,070.00 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 11,706.50 |
| F. LESS RETAINED PERCENTAGE | 585.30 | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | -0- | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | 585.30 |
| I. RETAINAGE REFUNDED | -0- | |
| J. OTHER REFUNDS | -0- | |
| K. TOTAL REFUNDS THIS PERIOD | | -0- |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 11,121.20 |

15. RECAPITULATION:

TOTAL RETAINED PCTG. (B+F-I) $ TOTAL PAID (C+L) $

ENG FORM 93 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**(USE REVERSE SIDE FOR DETAILED EXPLANATION AND-OR REMARKS)

SHEET 1 of

| | | | |
|---|---|---|---|
| 2. CONTRACTOR AND ADDRESS<br>All Star Iron Works, Inc. P.O. Box 83 Mercedes, TX78570 | 3. CONTRACT NO.<br>TC-1-96-013 | 4. DISTRICT | |
| 5. DESCRIPTION OF WORK<br>GATEWAY OUTBOUND CANOPY-DESIGN | 6. APPROPRIATION AND PROJECT<br>CS-T-98-25600-1 | 7. REQUIRED COMPLETION | |
| 8. LOCATION<br>2000 DEC -5 A 7 09 | 9. PERIOD COVERED BY THIS ESTIMATE<br>FROM 10/16/00 THRU 11/15/00 | 10. JOB ORDER NO. | 11. ESTIMATE NO.<br>4 |

| ITEM NO. a | DESCRIPTION b | CONTRACT QUANTITY AND UNIT c | CONTRACT UNIT PRICE d | CONTRACT AMOUNT e | TOTAL TO DATE QUANTITY AND UNIT f | TOTAL TO DATE AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | DESIGN WORK (BASE CANOPY) (REFER TO PLANS & SPECS.) | 100% | | 17,668.80 | 100% | 17,668.8 |
| 2 | ALTERNATE BOOTH DESIGN | 100% | | 6,400 | 100% | 6,400.0 |
| 3 | ALTERNATE MISTING SYSTEM (DESIGN) | 100% | 26146 | 1,650.00 | 100% | 1,650.0 |
| 4 | DESIGN WORK (traffic study) | 100% | | 8,568.00 | 100% | 8,586.0 |
| | A. LSTIRWD | | | | | |

INCLUDES MODIFICATION THRU: TOTAL CONTRACT → $ 34,286.80 TOTAL EARNINGS TO DATE → $34,286.80

12. PRESENTED FOR PAYMENT

PAYEE

PER [signature] 11/30/00

DATE 11/30/00

TITLE President

13. APPROVED FOR PAYMENT

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE | TITLE | DATE

CONTRACTING OFFICER APPROVAL (Signature) [signature] DATE 1 Dec 2000

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | -0- | |
| B. PREVIOUS RETAINED PERCENTAGE | -0- | |
| C. PREVIOUS PAYMENTS | 24,432.86 | |
| D. PREVIOUS EARNINGS (A+B+C) | | 24,432.86 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 9,853.94 |
| F. LESS RETAINED PERCENTAGE | -0- | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | -0- | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | -0- |
| I. RETAINAGE REFUNDED | | |
| J. OTHER REFUNDS | | |
| K. TOTAL REFUNDS THIS PERIOD | | -0- |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 9,853.94 |

15. RECAPITULATION:

TOTAL RETAINED PCTG. (B+F-I) $ TOTAL PAID (C+L) $

APP 035

ENG FORM 93 1 MAR 75 PREVIOUS EDITION OF THIS FORM IS OBSOLETE **USE REVERSE SIDE FOR DETAILED EXPLANATION AND/OR REMARKS

# PAYMENT ESTIMATE – CONTRACT PERFORMANCE

For use of this form, see ER 37-2-10 and ER 37-345-10.

1. DATE 12/26/00

SHEET 1 of 1

CONTRACTOR AND ADDRESS: STAR IRON WORKS, INC.-P.O.BOX 83 Mercedes TX 78570

3. CONTRACT NO. TC-1-96-013

4. DISTRICT

DESCRIPTION OF WORK: GATEWAY OUTBOUND CANOPY DESIGN

6. APPROPRIATION AND PROJECT: CS-I-98-25600-1

7. REQUIRED COMPLETION DATE

LOCATION

9. PERIOD COVERED BY THIS ESTIMATE: FROM 11/16/00 THRU 12/15/00

10. JOB ORDER NO.

11. ESTIMATE NO. 5

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | UNIT PRICE d | AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | AMOUNT g |
|---|---|---|---|---|---|---|
| | DESIGN WORK (BASE CANOPY) (REFER TO PLANS & SPECS.) | 100% | | 17,668.80 | 100% | 17,668.80 |
| | ALTERNATE BOOTH DESIGN | 100% | | 6,400.00 | 100% | 6,400.00 |
| | ALTERNATE MISTING SYSTEM (DESIGN) | 100% | | 1,650.00 | 100% | 1,650.00 |
| | DESIGN WORK (TRAFFIC STUDY | 100% | | 8,568.00 | 100% | 8,586.00 |
| | PAYMENT & PERFORMANCE BONDS | 100% | | 7,680.00 | 100% | 7,680.00 |
| | MOBILIZATION | 100% | | 9,500.00 | 100% | 9,500.00 |
| | 19L57; FKWO | | | | | |

INCLUDES MODIFICATION THRU:

TOTAL CONTRACT → $52,006.80

TOTAL EARNINGS TO DATE → $52,006.80

12. PRESENTED FOR PAYMENT

PAYEE

PER [signature]

DATE 12/26/00

TITLE President

13. APPROVED FOR PAYMENT

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| | | |

CONTRACTING OFFICER APPROVAL (Signature) [signature]

DATE 1/4/Jan 2001

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | -0- | |
| B. PREVIOUS RETAINED PERCENTAGE | -0- | |
| C. PREVIOUS PAYMENTS | 34,286.80 | |
| D. PREVIOUS EARNINGS (A+B+C) | | 34,286.80 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 17,720.00 |
| F. LESS RETAINED PERCENTAGE | 886.00 | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | -0- | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | 886.00 |
| I. RETAINAGE REFUNDED | | |
| J. OTHER REFUNDS | | |
| K. TOTAL REFUNDS THIS PERIOD | | -0- |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 16,834.00 |

15. RECAPITULATION:

TOTAL RETAINED PCTG. (B+F-I) $ TOTAL PAID (C-L) $

APP 036

TexBank 378

**PAYMENT ESTIMATE – CONTRACT PERFORMANCE**
For use of this form, see ER 37-2-10 and ER 37-345-10.

1. DATE 12/26/00 | SHEET 1 of 1

| 2. CONTRACTOR AND ADDRESS | 3. CONTRACT NO. | 4. DISTRICT |
|---|---|---|
| All Star Iron Works, Inc.-P.O. Box 83 Mercedes, TX | TC-I-96-013 | |
| **5. DESCRIPTION OF WORK** | **6. APPROPRIATION AND PROJECT** | **7. REQUIRED COMPLETION DATE** |
| Falcon heights Housing Repairs | CS-I-00-23988-9 | |

| 8. LOCATION | 9. PERIOD COVERED BY THIS ESTIMATE | 10. JOB ORDER NO. | 11. ESTIMATE NO. |
|---|---|---|---|
| Falcon Heights | FROM 10/16/00 THRU 12/15/00 | | 2 |

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | Mobilization | 100% | | 4,800.00 | 100% | 4,800.00 |
| 2 | Kitchen Cabinets | 100% | | 66,020.05 | 45% | 29,709.00 |
| 3 | Paint Repairs | 100% | | 2,200.00 | | |
| 4 | Demobilization | 100% | | 4,800.00 | | |
| INCLUDES MODIFICATION THRU: | | | TOTAL CONTRACT → | $77,820.05 | TOTAL EARNINGS TO DATE → | $34,509.00 |

APP 037

IALSTIRWO

27475

2001 JAN 22 A 7:55

**12. PRESENTED FOR PAYMENT**

PAYEE

PER [signature]

DATE 12/26/00

TITLE President

**13. APPROVED FOR PAYMENT**

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

| SIGNATURE | TITLE | DATE |
|---|---|---|
| | | |

CONTRACTING OFFICER APPROVAL (Signature) [signature] DATE 1/1 Jan 01

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | -0- | |
| B. PREVIOUS RETAINED PERCENTAGE | -0- | |
| C. PREVIOUS PAYMENTS | 4,800.00 | |
| D. PREVIOUS EARNINGS (A+B+C) | | 4,800.00 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 29,709.00 |
| F. LESS RETAINED PERCENTAGE | 1,725.45 | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | -0- | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | 1,725.45 |
| I. RETAINAGE REFUNDED | -0- | |
| J. OTHER REFUNDS | -0- | |
| K. TOTAL REFUNDS THIS PERIOD | | -0- |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 27,983.55 |

15. RECAPITULATION:

TOTAL RETAINED PCTG. (B+F-I) $ TOTAL PAID (C+L) $

PAYMENT ESTIMATE – CONTRACT PERFORMANCE

For use of this form, see ER 37-2-10 and ER 37-345-10.

1. DATE 12/27/00

SHEET 1 of 1

2. CONTRACTOR AND ADDRESS
All Star Iron Works, Inc.-P.O. Box 83 Mercedes, TX

3. CONTRACT NO.
TC-I-96-013

4. DISTRICT

5. DESCRIPTION OF WORK
Falcom Dam Admin. Bldg. Roof Repairs

6. APPROPRIATION AND PROJECT
CS-I-00-23554-9

7. REQUIRED COMPLETION DATE

8. LOCATION
Falcon Heights, Texas

9. PERIOD COVERED BY THIS ESTIMATE
FROM 11/16/00 THRU 12/15/00

10. JOB ORDER NO.

11. ESTIMATE NO. 3

| ITEM NO. a | DESCRIPTION b | CONTRACT: QUANTITY AND UNIT c | CONTRACT: UNIT PRICE d | CONTRACT: AMOUNT e | TOTAL TO DATE: QUANTITY AND UNIT f | TOTAL TO DATE: AMOUNT g |
|---|---|---|---|---|---|---|
| | Mobilization | 100% | | 4,800.00 | 100% | 4,800.00 |
| | Roof Repairs | | | | | |
| | 2.1 Materials | 100% | | 16,140.00 | 90% | 14,526.00 |
| | 2.2 Labor | 100% | | 11,760.00 | 90% | 10,584.00 |
| | Demobilization | 100% | | 4,800.00 | | |

227473

ALSTIRWO

APP 038

2001 JAN 22 P 1:55

TexBank 370

INCLUDES MODIFICATION THRU:

TOTAL CONTRACT → $ 37,500.00

TOTAL EARNINGS TO DATE → $ 29,910.00

12. PRESENTED FOR PAYMENT

PAYEE

PER [signature]

DATE 12/27/00

TITLE President

13. APPROVED FOR PAYMENT

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE | TITLE | DATE

CONTRACTING OFFICER APPROVAL (Signature) [signature]

DATE [handwritten date] 2001

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | -0- | |
| B. PREVIOUS RETAINED PERCENTAGE | 885.60 | |
| C. PREVIOUS PAYMENTS | | |
| D. PREVIOUS EARNINGS (A+B+C) | | 17,712.00 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 12,198.00 |
| F. LESS RETAINED PERCENTAGE | 609.90 | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | -0- | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | 609.90 |
| I. RETAINAGE REFUNDED | | |
| J. OTHER REFUNDS | | |
| K. TOTAL REFUNDS THIS PERIOD | | -0- |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 11,588.10 |

15. RECAPITULATION:

TOTAL RETAINED PCTG. (B+F-I) $ 

TOTAL PAID (C+L) $

For use of this form, see ER 37-2-10 and ER 37-345-10.

01/24/01

SHEET 1 of 1

| | | | |
|---|---|---|---|
| 2. CONTRACTOR AND ADDRESS ALL STAR IRON WORKS, INC. P.O. BOX 83 MERCEDES , TX 78570 | 3. CONTRACT NO. TC-I-96-013 | 4. DISTRICT | |
| 5. DESCRIPTION OF WORK FALCON DAM ADMIN. BLDG. ROOF REPAIRS | 6. APPROPRIATION AND PROJECT CS-I-00-23554-9 | 7. REQUIRED COMPLETION DA | |
| 8. LOCATION FALCON HEIGHTS, TEXAS | 9. PERIOD COVERED BY THIS ESTIMATE FROM 12/16/00 THRU 01/15/01 | 10. JOB ORDER NO. | 11. ESTIMATE NO. 4 |

| ITEM NO. a | DESCRIPTION b | CONTRACT QUANTITY AND UNIT c | CONTRACT UNIT PRICE d | CONTRACT AMOUNT e | TOTAL TO DATE QUANTITY AND UNIT f | TOTAL TO DATE AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | MOBILIZATION | 100% | | 4,800.00 | 100% | 4,800.00 |
| 2 | ROOF REPAIRS ALSTIRWO | | | | | |
| | 2.1 MATERIALS | 100% | | 16,140.00 | 100% | 16,140.00 |
| | 2.2 LABOR | 100% | | 11,760.00 | 100% | 11,760.00 |
| 3 | DEMOBILIZATION | 100% | | 4,800.00 | 100% | 4,800.00 |
| | | | | | 226218 | |
| INCLUDES MODIFICATION THRU: | | | TOTAL CONTRACT → | $ 37,500.00 | TOTAL EARNINGS TO DATE → | $ 37,500.00 |

APP 039

TexBank 35

**12. PRESENTED FOR PAYMENT**

PAYEE

PER [signature]

DATE 01/24/01

TITLE PRESIDENT

**13. APPROVED FOR PAYMENT**

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE | TITLE | DATE

CONTRACTING OFFICER APPROVAL (Signature) [signature] | DATE 2001

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | -0- | |
| B. PREVIOUS RETAINED PERCENTAGE | -0- | |
| C. PREVIOUS PAYMENTS | | |
| D. PREVIOUS EARNINGS (A+B+C) | | 29,300.10 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 8,199.90 |
| F. LESS RETAINED PERCENTAGE | -0- | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | -0- | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | -0- |
| I. RETAINAGE REFUNDED | | |
| J. OTHER REFUNDS | | |
| K. TOTAL REFUNDS THIS PERIOD | | -0- |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 8,199.90 |

15. RECAPITULATION:

TOTAL RETAINED PCTG. (B+F-I) $ TOTAL PAID (C+L) $

ENG FORM 1 MAR 78 93 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**(USE REVERSE SIDE FOR DETAILED EXPLANATION AND-OR REMAR

For use of this form, see ER 37-2-10 and ER 37-345-10.

01/24/01

SHEET 1 of 1

2. CONTRACTOR AND ADDRESS ALL STAR IRON WORKS, INC.
P.O. BOX 83 MERCEDES, TX 78570

3. CONTRACT NO. TC-I-96-013

4. DISTRICT

5. DESCRIPTION OF WORK FALCON HEIGHTS HOUSING REPAIRS

6. APPROPRIATION AND PROJECT CS-I-00-23988-9

7. REQUIRED COMPLETION DA

8. LOCATION FALCON HEIGHTS, TEXAS

9. PERIOD COVERED BY THIS ESTIMATE FROM 12/16/00 THRU 01/15/01

10. JOB ORDER NO.

11. ESTIMATE NO. 3

| ITEM NO. a | DESCRIPTION b | CONTRACT QUANTITY AND UNIT c | CONTRACT UNIT PRICE d | CONTRACT AMOUNT e | TOTAL TO DATE QUANTITY AND UNIT f | TOTAL TO DATE AMOUNT g |
|---|---|---|---|---|---|---|
| 1 | MOBILIZATION | 100% | | 4,800.00 | 100% | 4,800.00 |
| 2 | KITCHEN CABINETS | 100% | | 66,020.05 | 55% | 36,311.00 |
| 3 | PAINT REPAIRS | 100% | | 2,200.00 | | 500.00 |
| 4 | DEMOBILIZATION | 100% | | 4,800.00 | | |

ALSTIRWO 28214

APP 040

TexBank 39

INCLUDES MODIFICATION THRU:

TOTAL CONTRACT → $77,820.05

TOTAL EARNINGS TO DATE → $ 41,611.00

12. PRESENTED FOR PAYMENT

PAYEE

PER [signature]

DATE 01/24/01

TITLE PRESIDENT

13. APPROVED FOR PAYMENT

I CERTIFY that I have checked the quantities covered by this bill or estimate; that the work was actually performed; that the quantities are correct and consistent with all previous computations as actually checked; that the quantities and amounts are wholly consistent with the requirements of the contract or other instrument involved.

SIGNATURE | TITLE | DATE

CONTRACTING OFFICER APPROVAL (Signature) [signature]

DATE 26 Jan 2001

| 14. | | |
|---|---|---|
| A. PREVIOUS DEDUCTIONS OTHER THAN RETAINED PERCENTAGE** | -0- | |
| B. PREVIOUS RETAINED PERCENTAGE | 1,725.45 | |
| C. PREVIOUS PAYMENTS | 32,783.55 | |
| D. PREVIOUS EARNINGS (A+B+C) | | 34,509.45 |
| E. EARNINGS THIS PERIOD (TOTAL EARNINGS TO DATE MINUS D) | | 7,101.55 |
| F. LESS RETAINED PERCENTAGE | 355.05 | |
| G. LESS DEDUCTION OTHER THAN RETAINED PERCENTAGE FOR | -0- | |
| H. TOTAL DEDUCTIONS THIS PERIOD (F+G) | | 355.05 |
| I. RETAINAGE REFUNDED | -0- | |
| J. OTHER REFUNDS | -0- | |
| K. TOTAL REFUNDS THIS PERIOD | | -0- |
| L. AMOUNT DUE CONTRACTOR (E-H+K) | | 6,746.50 |

15. RECAPITULATION:

TOTAL RETAINED PCTG. (B+F-I) $ TOTAL PAID (C+L) $

ENG FORM 1 MAR 78 93 PREVIOUS EDITION OF THIS FORM IS OBSOLETE

**(USE REVERSE SIDE FOR DETAILED EXPLANATION AND-OR REMAR