United States Treasury 15-51/000 M 007,595,663



Check No.

03 01 00 96 PHILADELPHIA, PA 2049 03094190

742783123 M2 US CUSTOMS MM00301000 20060800

Pay to the order of

ALL STAR IRON WORKS
PO BOX 83
MERCEDES TX 78570

$**32419*15

VOID AFTER ONE YEAR

PER ENCLOSED MAILING NOTICE

⑈2049 3⑈ ⑆000000518⑆ 03094 1900⑈ 0 10300

Paid = B+M Bridge 1,980.00
Gateway SB. 11,497.72
Los Tomates - 18,905.00
+ 36.43 int

United States Treasury 15-51/000 P 312,478,682

Check No.

03 24 00 92 PHILADELPHIA, PA 2049 03634902

742783123 M1 US CUSTOMS MM00324000 20060800

Pay to the order of

ALL STAR IRON WORKS
PO BOX 83
MERCEDES TX 78570

$**19007*80

VOID AFTER ONE YEAR

INV 1
19,007.80 INT 102.80 29DA 6.750%

⑈2049 3⑈ ⑆000000518⑆ 0363490 27⑈ 010300

187

United States Treasury ... 007,745,359

Check No.

2069 54995027

06 16 00 55 PHILADELPHIA, PA 20060800

742783123 M2 US CUSTOMS HM0061600

$**25409*50

VOID AFTER ONE YEAR

ALL STAR IRON WORKS
PO BOX 83
MERCEDES TX 78570

PER ENCLOSED MAILING NOTICE

000025409 50

204937 000000 5101: 54995029 71: 010600

APP 088

- 782 -

PAY TO THE ORDER OF
MERCEDES NATIONAL BANK
MERCEDES, TX [illegible]
[illegible]
FOR DEPOSIT ONLY
ALLSTAR IRON WORKS
10-334-1

COL

United States Treasury

08 22 00 12 PHILADELPHIA, PA 2049 55882077

742783123 M2 US CUSTOMS MM00822000 20060800

ALL STAR IRON WORKS
PO BOX 83
MERCEDES TX 78570

$**31200*64

VOID AFTER ONE YEAR

PER ENCLOSED MAILING NOTICE

2049 000000518 55882077 010800 0003120064

-784-

PAY TO THE ORDER OF
[illegible] NATIONAL BANK
[illegible]
[illegible]
FOR DEPOSIT ONLY
[illegible] IRON WORKS
[illegible]

- 108 -

United States Treasury

Check No.

11 13 00 73 PHILADELPHIA, PA 2049 06570072

742783123 M2 US CUSTOMS MM11113000 30060800

Pay to the order of

LONE STAR IRON WORKS
PO BOX 83
MERCEDES TX 78570

$**58908*55

VOID AFTER ONE YEAR

PER ENCLOSED MAILING NOTICE

⑈2049⑈ ⑆000000518⑆ 06570072⑈ 011100 ⑈0000589085⑈

- 802 -

PAY TO THE ORDER OF
MERCEDES NATIONAL BANK
MERCEDES, TX 78570-0009
▸ 114902185 ◂
FOR DEPOSIT ONLY
ALLSTAR IRON WORKS
11-2244

United States Treasury 15-51/000 G 011,739,768



Check No.

11 13 00 73 PHILADELPHIA, PA 2049 06570072

742783123 M2 US CUSTOMS MM11113000 20060800

Pay to the order of

ALL STAR IRON WORKS
PO BOX 83
MERCEDES TX 78570

$**58908*55

VOID AFTER ONE YEAR

PER ENCLOSED MAILING NOTICE

REGIONAL DISBURSING OFFICER

⑈2049⑈ ⑆000000518⑆ 06570072⑈ 011100

See attached
Los Tomates
$14,586 30



P0095

NOTICE TO CHECK RECIPIENT

TREASURY-FINANCIAL MANAGEMENT SERVICE

| | | | |
|---|---|---|---|
| VENDOR NAME: ALL STAR IRON WORKS | | VENDOR I.D. NUMBER: 742783123 | |
| AGENCY NAME AND BILLING ADDRESS: U.S. CUSTOMS SERVICE | U.S. TREASURY REG. FINANCIAL CENTER: PHILADELPHIA, PA | | |
| | CHECK NUMBER 2049-06570072 | CHECK AMOUNT $**58908.55 | CHECK DATE 11-13-00 |

| TA/VOUCHER | TRAV PD/INVOICE | AMOUNT |
|---|---|---|
| 000002225451 | 1 | Los Tonatal 14,586.30 |
| 000002225452 | 1 | Los Indios 35,202.25 |
| 000002225453 | 1 | 4,560.00 |
| 000002225454 | 1 | 4,560.00 |

FA Falcon Unit

AGENCY SCHEDULE NUMBER MM11113000

AGENCY TELEPHONE NUMBER

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR PHONE NUMBER) INDICATED ABOVE

APP 095

P0096

- 785 -

United States Treasury

12 15 00 8 PHILADELPHIA, PA 2049 57308238

742783129 A2 US CUSTOMS MA11215000 20060800

ALL STAR IRON WORKS
PO BOX 83
MERCEDES TX 78570

$**70244*54

VOID AFTER ONE YEAR

PER ENCLOSED MAILING NOTICE

⑈2049⑈ ⑆000000518⑆ 57308238⑈ 01 1200 ⑈0000 7024454⑈

PAY TO THE ORDER OF
MERCEDES NATIONAL BANK
MERCEDES, TX 78570-0000
[illegible]
FOR DEPOSIT ONLY
ALLSTAR IRON WORKS
[illegible]

287

United States Treasury

01 30 01 37 PHILADELPHIA, PA 2049 07516142

742783123 M7 US CUSTOMS MM10130000 20060800

ALL STAR IRON WORKS
PO BOX 83
MERCEDES TX 78570

$**56405*65

VOID AFTER ONE YEAR

PER ENCLOSED MAILING NOTICE

applied as principal payment ([illegible])
5017068-392



United States Treasury 15-51/000 G 012,440,783

Check No.

02 09 01 53 PHILADELPHIA, PA 2049 57895801

742783123 M2 US CUSTOMS MM10209000 20060800

Pay to the order of

ALL STAR IRON WORKS
PO BOX 83
MERCEDES TX 78570

$**62092*83

VOID AFTER ONE YEAR

PER ENCLOSED MAILING NOTICE

REGIONAL DISBURSING OFFICER

⑈2049⑈ ⑆000000518⑆ 57895801 7⑈ 010201

NOTICE TO CHECK RECIPIENT

TREASURY-FINANCIAL MANAGEMENT SERVICE TFS FORM 3090(Rev.)

| | | | |
|---|---|---|---|
| VENDOR NAME: ALL STAR IRON WORKS | | VENDOR I.D. NUMBER: 742783123 | |
| AGENCY NAME AND BILLING ADDRESS: U.S. CUSTOMS SERVICE | U.S. TREASURY REG. FINANCIAL CENTER: PHILADELPHIA, PA | | |
| | CHECK NUMBER: 2049-57895801 | CHECK AMOUNT: $**62092.83 | CHECK DATE: 02-09-01 |

| TA/VOUCHER | TRAV PD/INVOICE | AMOUNT | AGENCY SCHEDULE NUMBER |
|---|---|---|---|
| 00000228218 | 4 | Falcon Dam – 8,199.90 | MM10209000 |
| 00000228219 | 3 | Falcon Dam – 6,746.50 | AGENCY TELEPHONE NUMBER |
| 00000228259 | 6 | 47,146.43 | |

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR PHONE NUMBER) INDICATED ABOVE



P0039

United States Treasury

02 09 07 53 PHILADELPHIA, PA 2049 57895801

742783123 A2 US CUSTOMS AA10209000 20060800

780

ALL STAR IRON WORKS
PO BOX 83
MERCEDES TX 78570

$**62092*83

VOID AFTER ONE YEAR

PER ENCLOSED MAILING NOTICE

- 067 -

PAY TO THE [illegible] OF
MERCEDES NATIONAL BANK
MERCEDES, TX 78570-0083
114901139
FOR DEPOSIT ONLY
ALLSTAR IRON WORKS
10-5241

United States Treasury 15-51/000 G 012,769,057

Check No.

03 20 01 67 PHILADELPHIA, PA 2049 08187865

20060800 M2 S CUSTOMS 10320000 7 83123

Pay to the order of

ALL STAR IRON WORKS
PO BOX 83
MERCEDES TX 78570

$**55781*07

VOID AFTER ONE YEAR

PER ENCLOSED MAILING NOTICE

REGIONAL DISBURSING OFFICER

⑈2049 3⑈ ⑆000000518⑆ 0818786 5⑈ 010301

DEPOSIT TICKET

FOR CLEAR COPY, PRESS FIRMLY WITH BALL POINT PEN.

Mercedes National Bank

DATE 3-26-01

| | DOLLARS | CENTS |
|---|---|---|
| CURRENCY | | |
| COIN | | |
| LIST EACH CHECK 1 US Treasury | | |
| 2 | | |
| 3 | 55,781 | 07 |
| 4–17 | | |
| | 55,781 | 07 |

88-2012/1149
0103341

TOTAL ITEMS

PLEASE BE SURE ALL ITEMS ARE PROPERLY ENDORSED.

DEPOSITS MAY NOT BE AVAILABLE FOR IMMEDIATE WITHDRAWAL

PLEASE ENTER TOTAL

$ 55,781.07

ALL STAR IRON WORKS INC.
P. O. BOX 83 PH. 956-565-4987
MERCEDES, TX 78570

⑆114920128⑆ ⑈010⑈3341⑈ 009



P0071

United States Treasury 5 012,799,05

Check No.

03 20 01 87 PHILADELPHIA, PA 2049 08187865

20060800 M2 5 CUSTOMS 10320000 7 85123

ALL STAR IRON WORKS
PO BOX 83
MERCEDES TX 78570

$**55781*07

VOID AFTER ONE YEAR

PER ENCLOSED MAILING NOTICE

201.93 000000518 08187865 010101 0005578107

- 792 -

PAY TO THE ORDER OF
MERCEDES NATIONAL BANK
MERCEDES, TX [illegible]
[illegible]
FOR DEPOSIT ONLY
ALLSTAR IRON WORKS
[illegible]