

United States Treasury 15-51/000 G 012,954,448

Check No.

04 05 01 36 PHILADELPHIA, PA 2049 58542439
20060800 M2 S CUSTOMS 10405000 7 83123

Pay to the order of
ALL STAR IRON WORKS
PO BOX 83
MERCEDES TX 78570

$**46828*82

VOID AFTER ONE YEAR

PER ENCLOSED MAILING NOTICE

REGIONAL DISBURSING OFFICER

⑈02049 3⑈ ⑆000000518⑆ 58542439⑈ 010401

[illegible] on Check



P0043

NOTICE TO CHECK RECIPIENT TREASURY-FINANCIAL MANAGEMENT SER TFS FORM 3990(Rev.)

| | | | |
|---|---|---|---|
| VENDOR NAME: ALL STAR IRON WORKS | | VENDOR I.D. NUMBER: 742,83123 | |
| AGENCY NAME AND BILLING ADDRESS: U.S. CUSTOMS SERVICE | U.S. TREASURY REG. FINANCIAL CENTER: PHILADELPHIA, PA | | |
| | CHECK NUMBER: 2049.58542439 | CHECK AMOUNT: $**46828.82 | CHECK DATE: 04-05-01 |

| TA/VOUCHER | TRAV PD/INVOICE | AMOUNT |
|---|---|---|
| 00000230404 | 4 | 4,295.43 |
| 00000230405 | 8 | 14,440.89 |
| 00000230406 | 7 | 15,475.50 |
| 00000230407 | 7 | 12,617.00 |

AGENCY SCHEDULE NUMBER: MM10405000

AGENCY TELEPHONE NUMBER:

PLEASE DIRECT ANY INQUIRIES CONCERNING THIS PAYMENT TO THE AGENCY AT THE ADDRESS (OR PHONE NUMBER) INDICATED ABOVE

702

United States Treasury

Check No.

04 05 01 36 PHILADELPHIA, PA 2049 58542439

20060800 MZ 5 CUSTOMS 10405000 7 83123

ALL STAR IRON WORKS
PO BOX 83
MERCEDES TX 78570

$**46828*82

VOID AFTER ONE YEAR

PER ENCLOSED MAILING NOTICE

⑈2049⑈ ⑆000000518⑆ 58542439⑈ 010401 ⑈0004682882⑈

- 794 -

PAY TO THE ORDER OF
MERCEDES NATIONAL BANK
MERCEDES, TX 78570-0000
P 114920188 4
FOR DEPOSIT ONLY
ALLSTAR IRON WORKS
10-241

795

United States Treasury

Check No.

05 11 01 9 PHILADELPHIA, PA 2049 08844113

20060800 M2 6 CUSTOMS 10511000 7 83125

Pay to the order of

ALL STAR IRON WORKS
PO BOX 83
MERCEDES TX 78570

$**27914*35

VOID AFTER ONE YEAR

PER ENCLOSED MAILING NOTICE

00002791435

- 96L -

PAY TO THE ORDER OF
MERCEDES NATIONAL BANK
MERCEDES, TX
FOR DEPOSIT ONLY
ALLSTAR IRON WORKS

- 797 -

United States Treasury

Check No.

06 20 01 97 PHILADELPHIA, PA 2049 59709598

40060800 41 US CUSTOMS AN10420000 742783123

Pay to the order of

ALL STAR IRON WORKS
PO BOX 83
MERCEDES TX 78570

$***1634*34

VOID AFTER ONE YEAR

INV 10 1,634.34 INT 1.23 608 6.3734

⑈20443⑈ ⑆000000518⑆ 5970959803⑈ 010601 ⑈0000163434⑈

PAY TO THE ORDER OF
MERCEDES NATIONAL BANK
MERCEDES, TX 78570
FOR DEPOSIT ONLY
ALLSTAR IRON WORKS

-799-

United States Treasury

013,901,835

Check No.

07 23 01 24 PHILADELPHIA, PA 2049 09999533

20060800 M2 5 CUSTOMS 10723000 7 83123

ALL STAR IRON WORKS
PO BOX 83
MERCEDES TX 78570

$**43010*81

VOID AFTER ONE YEAR

PER ENCLOSED MAILING NOTICE

[illegible]

- 008 -

uthor: EUTIMIO RUEDAS at POE-LOS_INDIOS-1_PO
)ate: 10/3/01 2:40 PM
?riority: Normal
Receipt Requested
TO: WILLIAM L MYNATT at INDY-1_PO
Subject: Re: Progress Payments

------------------------------------- Message Contents -------------------------------------

Bill,

I know what was discussed regarding the last changes and modifications brought about by the city consultant, but I never did received the final 100% design plan. Today, I met with Roger to discuss Ashwin's findings and ask him to provide me with the B&M blue prints.
I would say it's O.K. to proceed with payment unless you need me to review the design when I get it from All Star Iron Works. By the way, the City just hired a new City Attorney this week, so we will be planning to set up a meeting with him and other city folks in the very near future to see if the City still wants to abandon the property to GSA.

Timo

______________________________ Reply Separator ______________________________

Subject: Progress Payments
Author: WILLIAM L MYNATT at INDY-1_PO
Date: 10/2/01 4:03 PM

Timo:

Received an invoice from ALL STAR for payment for design of the B&M canopy. Are you satisfied with the plans and specs? Any problems? Is it OK to pay?

Mynatt

P.O.#/ACT#: CS-I-99-24748-8
BFYS: 99 FUND: 400
BUDPLN: NF170 ORG: 01300000
PROGRAM: EN39 OCC: 2531
PROJECT: 000
DATE INVOICE REC'D: 10/3/2001
DATE G/SVC REC'D: 10/3/2001
DATE G/SVC ACCPT'D: 10/3/2001
AMOUNT $ 21,206.00
DBLA Line 001
APPROVED BY: [signature]
TELEPHONE #: (317) 298-1160

APP 116

INVOICE SUBJECT TO PROMPT PAYMENT
ACT INTEREST: Yes X No ___
IF YES, DATE 14 DAYS BEGIN: 3 OCT 2001
CONTRACT ADMINISTRATOR NAME: William Mynatt
SIGNATURE: [signature] DATE: 2 OCT 2001

```
ACTION: R TABLEID: IVCH USERID: EAAE                          10/25/07 12:11:16 PM
     *** INVOICE - PAYMENT VOUCHER -  CHECK/EFT CROSS-REF INQUIRY SCREEN ***
KEY IS VENDOR CODE, INVOICE NUMBER, INVOICE DATE, TC, NUMBER,
     TRAVEL ADV NUMB, LN, DISB OFFICE, FISC YR, SCHD CAT, SCHD TYPE,
     SCHD NUMBER

VENDOR CODE: ALSTIRWO     INVOICE NUMBER: 3
INVOICE DATE: 09 27 01
           VOUCHER DATA                             SCHEDULE DATA
    ---------------------------   -------------------------------------
                    TRAVEL                 DISB  FISC  SCHD  SCHD    SCHD
    TC   NUMBER    ADV NUMB LN             OFFC   YR   CAT   TYPE   NUMBER
    -- ----------- -------- ---            ----  ----  ----  ----  ---------
01- PV 00000237503          001            A300   02    A     M    A21017000
     CHK/PMT NO: 00002592   TRACE NO: 0863349  DATE: 10 17 01       CAN IND: N
     AMT PD:          21,206.00
02-
     CHK/PMT NO:            TRACE NO:          DATE:                CAN IND:
     AMT PD:


02-*L009 HEADER CHANGE
```

ACTION: R TABLEID: PVLT USERID: EAAE 10/22/07 12:34:20 PM

*** VOUCHER LINE INQUIRY TABLE ***

KEY IS VENDOR CODE, TRANS CODE, VOUCHER NO, TRAVEL ADVANCE NUMBER, LINE NUMBER

VENDOR CODE: ALSTIRWO TRANS CODE: PV VOUCHER NO: 00000238061
TRAVEL ADVANCE NUMBER:
01-

LINE NUMBER: 001 VENDOR INV: JULY16SEPT15
VENDOR INV LINE #: INV DATE: 08 23 01 LOG DATE: 10 19 01
ACCP DATE: 10 19 01 BFY: 00 FUND: 180 TRANS TYPE: 02 ADV:
SUBALLOT: 60 PROG: IC18 LINE AMT: 21,397.73
BUDPLN: 60301 RPTG: CLOSED AMT: 21,397.73
ORG: 01313000 PROJECT: 000 DISB AMT: 21,397.73
REV SRC: OCC: 2525 IN TRANSIT AMT: 0.00
CLOSED BFY: CLOSED FUND:
REF PAYEE:
REF DOC NO: DO 98256001 REF DOC LINE: 002
RELATED GBL: OVERRIDE ACCT: OVER OFFSET ACCT:
PROMPT PAY: N INTEREST REASON CODE: LINE TYPE:
DISCOUNT %: 0.000 DISCOUNT DAYS: 00 DISC LOST RSN CODE:
DESCRIPTION: 01301000980031 QTY: 0.00

```
ACTION: R TABLEID: IVCH USERID: EAAE                          10/25/07 12:11:30 PM
    *** INVOICE - PAYMENT VOUCHER -  CHECK/EFT CROSS-REF INQUIRY SCREEN ***
KEY IS VENDOR CODE, INVOICE NUMBER, INVOICE DATE, TC, NUMBER,
    TRAVEL ADV NUMB, LN, DISB OFFICE, FISC YR, SCHD CAT, SCHD TYPE,
    SCHD NUMBER

VENDOR CODE: ALSTIRWO     INVOICE NUMBER: JULY16SEPT15
INVOICE DATE: 08 23 01
          VOUCHER DATA                           SCHEDULE DATA
   ---------------------------   -------------------------------------
                 TRAVEL                DISB  FISC  SCHD  SCHD    SCHD
   TC   NUMBER    ADV NUMB LN          OFFC   YR   CAT   TYPE    NUMBER
   -- ----------- -------- ---         ----  ----  ----  ----  ---------
01- PV 00000238061          001        A300   02    A     M    A21023000
    CHK/PMT NO: 00001340   TRACE NO: 0940561  DATE: 10 23 01       CAN IND: N
    AMT PD:            21,397.73
02-
    CHK/PMT NO:            TRACE NO:          DATE:                CAN IND:
    AMT PD:


02-*L009 HEADER CHANGE
```

ACTION: R … EAA …

*** VOUCHER HEADER INQUIRY TABLE ***

KEY IS VENDOR CODE, TRANS CODE, VOUCHER NO, TRAVEL ADVANCE NUM

01-

| | | | |
|---|---|---|---|
| VENDOR CODE: | ALSTIRWO | TRANS CODE: PV | VOUCHER NO: 00000238062 |
| NAME: | ALL STAR IRON WORKS | | TRAVEL ADVANCE NUM: |
| ADDRESS: | *** PAID BY EFT *** | | NO CHECK DISB FLAG: N |
| : | | | PROMPT PAY TYPE: |
| : | | | |
| DESCRIPTION: | MX | | |
| VOUCHER TYPE: | 1 | CHECK TYPE: | D.O.: A300 |
| AGREEMENT #: | | | |
| SCHD FISC YR: | SCHD CAT: A | SCHD TYP: M | SCHD NO: |

| | | | |
|---|---|---|---|
| PROCESSED DATE: | 10 19 01 | VOUCHER AMT: | 29,097.40 |
| SCHED PAY DATE: | 10 24 01 | | |
| CLOSED DATE: | 10 24 01 | CLOSED AMT: | 29,097.40 |
| DD ACCMP DATE: | | OUTSTANDING AMT: | 0.00 |
| AGENCY HEAD APRVL: | | IN TRANSIT AMT: | 0.00 |
| COMMENTS TO PRINT: | | | |
| INTR AGCY SYMBOL: | | DIRECT DISB NUMBER: | |

ACTION: R TABLE ID: [illegible] 07 [illegible] PM

*** VOUCHER LINE INQUIRY TABLE ***

KEY IS VENDOR CODE, TRANS CODE, VOUCHER NO, TRAVEL ADVANCE NUMBER, LINE NUMBER

VENDOR CODE: ALSTIRWO TRANS CODE: PV VOUCHER NO: 00000238062
TRAVEL ADVANCE NUMBER:
01-
LINE NUMBER: 001 VENDOR INV: JUL16SEPT15
VENDOR INV LINE #: INV DATE: 08 23 01 LOG DATE: 10 19 01
ACCP DATE: 10 19 01 BFY: 00 FUND: 180 TRANS TYPE: 02 ADV:
SUBALLOT: 60 PROG: IC18 LINE AMT: 29,097.40
BUDPLN: 60301 RPTG: CLOSED AMT: 29,097.40
ORG: 01313000 PROJECT: 000 DISB AMT: 29,097.40
REV SRC: OCC: 2531 IN TRANSIT AMT: 0.00
CLOSED BFY: CLOSED FUND:
REF PAYEE:
REF DOC NO: DO 99247470 REF DOC LINE: 002
RELATED GBL: OVERRIDE ACCT: OVER OFFSET ACCT:
PROMPT PAY: N INTEREST REASON CODE: LINE TYPE:
DISCOUNT %: 0.000 DISCOUNT DAYS: 00 DISC LOST RSN CODE:
DESCRIPTION: 01300000990136 QTY: 0.00

ACTION: R TABLEID: IVCH USERID: EAAE 10/22/07 12:34:52 PM

*** INVOICE - PAYMENT VOUCHER - CHECK/EFT CROSS-REF INQUIRY SCREEN ***

KEY IS VENDOR CODE, INVOICE NUMBER, INVOICE DATE, TC, NUMBER,
TRAVEL ADV NUMB, LN, DISB OFFICE, FISC YR, SCHD CAT, SCHD TYPE,
SCHD NUMBER

VENDOR CODE: ALSTIRWO INVOICE NUMBER: JUL16SEPT15
INVOICE DATE: 08 23 01

| | VOUCHER DATA | | | | SCHEDULE DATA | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | TC | NUMBER | TRAVEL ADV NUMB | LN | DISB OFFC | FISC YR | SCHD CAT | SCHD TYPE | SCHD NUMBER |
| 01- | PV | 00000238062 | | 001 | A300 | 02 | A | M | A21024000 |

CHK/PMT NO: 00000280 TRACE NO: 0958985 DATE: 10 24 01 CAN IND: N
AMT PD: 29,097.40

02-
CHK/PMT NO: TRACE NO: DATE: CAN IND:
AMT PD:

02-*L009 HEADER CHANGE

ACTION: R TABLEID: PVHT USERID: EAAE 10/22/07 12:32:39 PM

*** VOUCHER HEADER INQUIRY TABLE ***

KEY IS VENDOR CODE, TRANS CODE, VOUCHER NO, TRAVEL ADVANCE NUM
01-

VENDOR CODE: ALSTIRWO TRANS CODE: PV VOUCHER NO: 00000238063
NAME: ALL STAR IRON WORKS TRAVEL ADVANCE NUM:
ADDRESS: *** PAID BY EFT *** NO CHECK DISB FLAG: N
: PROMPT PAY TYPE:
:

DESCRIPTION: MX
VOUCHER TYPE: 1 CHECK TYPE: D.O.: A300
AGREEMENT #:
SCHD FISC YR: SCHD CAT: A SCHD TYP: M SCHD NO:

PROCESSED DATE: 10 19 01 VOUCHER AMT: 21,206.00
SCHED PAY DATE: 10 24 01
CLOSED DATE: 10 24 01 CLOSED AMT: 21,206.00
DD ACCMP DATE: OUTSTANDING AMT: 0.00
AGENCY HEAD APRVL: IN TRANSIT AMT: 0.00
COMMENTS TO PRINT:
INTR AGCY SYMBOL: DIRECT DISB NUMBER:

ACTION: R TABLE ID: IVCH EAA 10/23/07 12:29:58 PM

*** INVOICE - PAYMENT VOUCHER - CHECK/EFT CROSS-REF INQUIRY SCREEN ***

KEY IS VENDOR CODE, INVOICE NUMBER, INVOICE DATE, TC, NUMBER, TRAVEL ADV NUMB, LN, DISB OFFICE, FISC YR, SCHD CAT, SCHD TYPE, SCHD NUMBER

VENDOR CODE: ALSTIRWO    INVOICE NUMBER: SEPT2701

INVOICE DATE: 09 27 01

| | VOUCHER DATA | | | | SCHEDULE DATA | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | TC | NUMBER | TRAVEL ADV NUMB | LN | DISB OFFC | FISC YR | SCHD CAT | SCHD TYPE | SCHD NUMBER |
| 01- | PV | 00000238063 | | 001 | A300 | 02 | A | M | A21024000 |

CHK/PMT NO: 00000281   TRACE NO: 0958986   DATE: 10 24 01   CAN IND: N

AMT PD: 21,206.00

02-

CHK/PMT NO:   TRACE NO:   DATE:   CAN IND:

AMT PD:

02-*L009 HEADER CHANGE

ACTION: R TABLEID: PVHT USERID: EA 10/22/07 12:32:41 PM

*** VOUCHER HEADER INQUIRY TABLE ***

KEY IS VENDOR CODE, TRANS CODE, VOUCHER NO, TRAVEL ADVANCE NUM
01-

VENDOR CODE: ALSTIRWO TRANS CODE: PV VOUCHER NO: 00000238064
NAME: ALL STAR IRON WORKS TRAVEL ADVANCE NUM:
ADDRESS: *** PAID BY EFT *** NO CHECK DISB FLAG: N
: PROMPT PAY TYPE:
:
DESCRIPTION: MX
VOUCHER TYPE: 1 CHECK TYPE: D.O.: A300
AGREEMENT #:
SCHD FISC YR: SCHD CAT: A SCHD TYP: M SCHD NO:

---

PROCESSED DATE: 10 19 01 VOUCHER AMT: 10,073.25
SCHED PAY DATE: 10 24 01
CLOSED DATE: 10 24 01 CLOSED AMT: 10,073.25
DD ACCMP DATE: OUTSTANDING AMT: 0.00
AGENCY HEAD APRVL: IN TRANSIT AMT: 0.00
COMMENTS TO PRINT:
INTR AGCY SYMBOL: DIRECT DISB NUMBER:

ACTION: R TABLEID: PVLU USERID: EAAE 10/22/07 12:34:26 PM

*** VOUCHER LINE INQUIRY TABLE ***

KEY IS VENDOR CODE, TRANS CODE, VOUCHER NO, TRAVEL ADVANCE NUMBER, LINE NUMBER

VENDOR CODE: ALSTIRWO TRANS CODE: PV VOUCHER NO: 00000238064
TRAVEL ADVANCE NUMBER:
01-
LINE NUMBER: 001 VENDOR INV: AUG16SEPT15
VENDOR INV LINE #: INV DATE: 09 27 01 LOG DATE: 10 19 01
ACCP DATE: 10 19 01 BFY: 00 FUND: 180 TRANS TYPE: 02 ADV:
SUBALLOT: 60 PROG: IC18 LINE AMT: 10,073.25
BUDPLN: 60301 RPTG: CLOSED AMT: 10,073.25
ORG: 01313000 PROJECT: 000 DISB AMT: 10,073.25
REV SRC: OCC: 2531 IN TRANSIT AMT: 0.00
CLOSED BFY: CLOSED FUND:
REF PAYEE:
REF DOC NO: DO 99247496 REF DOC LINE: 002
RELATED GBL: OVERRIDE ACCT: OVER OFFSET ACCT:
PROMPT PAY: N INTEREST REASON CODE: LINE TYPE:
DISCOUNT %: 0.000 DISCOUNT DAYS: 00 DISC LOST RSN CODE:
DESCRIPTION: 01300000990132 QTY: 0.00

ACTION: R TABLEID: IVCH USERID: EAAE 10/25/07 12:13:05 PM

*** INVOICE - PAYMENT VOUCHER - CHECK/EFT CROSS-REF INQUIRY SCREEN ***

KEY IS VENDOR CODE, INVOICE NUMBER, INVOICE DATE, TC, NUMBER,
TRAVEL ADV NUMB, LN, DISB OFFICE, FISC YR, SCHD CAT, SCHD TYPE,
SCHD NUMBER

VENDOR CODE: ALSTIRWO INVOICE NUMBER: AUG16SEPT15
INVOICE DATE: 09 27 01

| VOUCHER DATA | | | | SCHEDULE DATA | | | | |
|---|---|---|---|---|---|---|---|---|
| TC | NUMBER | TRAVEL ADV NUMB | LN | DISB OFFC | FISC YR | SCHD CAT | SCHD TYPE | SCHD NUMBER |
| 01- PV | 00000238064 | | 001 | A300 | 02 | A | M | A21024000 |

CHK/PMT NO: 00000282 TRACE NO: 0958987 DATE: 10 24 01 CAN IND: N
AMT PD: 10,073.25

02-
CHK/PMT NO: TRACE NO: DATE: CAN IND:
AMT PD:

02-*L009 HEADER CHANGE