**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **TEXAS NATIONAL BANK f/k/a MERCEDES NATIONAL BANK** | § § § | |
| **Plaintiff,** | § § | |
| **VS.** | § § | **NO. 07-00355C Judge Firestone** |
| **UNITED STATES** | § § | |
| **Defendant.** | § | |

**ORDER ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

On this day the Court considered Defendant's Motion for Summary Judgment. After considering the response, and arguments of counsel, if any, is of the opinion that Defendant's Motion should be DENIED.

**IT IS SO ORDERED.**

SIGNED this _____ day of ________________, 2008.

NANCY B. FIRESTONE
Judge