**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **TEXAS NATIONAL BANK f/k/a MERCEDES NATIONAL BANK** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **NO. 07-00355C** |
| | § | **Judge Firestone** |
| **UNITED STATES** | § | |
| | § | |
| **Defendant.** | § | |

**PLAINTIFF'S OBJECTIONS TO DEFENDANT'S SUMMARY JUDGMENT EVIDENCE**

Pursuant to Rules of the United States Court of Federal Claims and the Federal Rules of Evidence, Plaintiff, Texas National Bank f/k/a Mercedes National Bank, respectfully submits Plaintiff's Objections to Defendant's Summary Judgment Evidence as follows:

**1. Declaration of Ronald H. Newman**

**OBJECTION:** Plaintiff objects to the admission of portions of the Newman Declaration as containing statements that are conclusory, speculative, not based on personal knowledge and therefore premised on hearsay. Specifically Plaintiff objects that Mr. Newman is not qualified to make certain statements that he makes in his Declaration since he has admitted that he did not even start working in the National Finance Office for Customs until July 23, 2007.

Specifically, Plaintiff objects to ¶2 of the Newman Declaration as being irrelevant as said paragraph describes duties performed by Newman from July 23, 2007 to the present date, which is outside the relevant time period.

Plaintiff also objects to, and asks the Court to strike, the entirety of ¶3 and ¶5 of Newman's Declaration because there is no predicate or foundation as to how Mr. Newman has personal knowledge of the facts suggested therein, given that he has

only been working in his present position since July 2007, and said statements are conclusory, speculative, lack personal knowledge, and are most likely based on hearsay.

**2. Evidence (checks)**

**<u>OBJECTION:</u>** Plaintiff objects to the admissibility into evidence of the following documents attached to Defendant's PFUF: APP 088, 089, 091, 093, 097, 099, 102, 105, 109, 111, 113, and 115 on the grounds that said documents have not been properly authenticated and constitute hearsay. Plaintiff further objects to the admission of these documents on the grounds of relevance given the lack of any substantive evidenced verifying what these documents are or why they are relevant, or even whether they correspond, pertain to or are connected with any check issued by Defendant to All Star, or whether said documents pertain or relate to the Contract or the Assignment at issue.

Respectfully submitted,

**CASTILLO SNYDER, P.C.**
Bank of America Plaza, Suite 1020
300 Convent Street
San Antonio, TX 78205
Telephone: (210) 630-4200
Facsimile: (210) 630-4210

By: <u>s/Edward C. Snyder</u>
EDWARD C. SNYDER
State Bar No. 00791699

**ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify under penalty of perjury that on this __ day of August, 2008, "Plaintiff's Objections to Defendant's Proposed Finding of Uncontroverted Facts" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the Court's system.

<u>/s/Edward C. Snyder</u>
EDWARD C. SNYDER