**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| **TEXAS NATIONAL BANK f/k/a MERCEDES NATIONAL BANK** | § | |
| **Plaintiff,** | § | |
| **VS.** | § | **NO. 07-00355C** |
| | § | **Judge Firestone** |
| **UNITED STATES** | § | |
| **Defendant.** | § | |

**ORDER ON PLAINTIFF'S OBJECTIONS TO DEFENDANT'S SUMMARY JUDGMENT EVIDENCE**

On this day came to be considered Plaintiff's Objections to Defendant's Summary Judgment Evidence. The Court, having considered the Objections and the arguments of the parties, rules as follows:

1. **Declaration of Ronald H. Newman**

**OBJECTION:** Plaintiff has objected to the admission of portions of the Newman Declaration as containing statements that are conclusory, speculative, not based on personal knowledge and therefore premised on hearsay. Specifically Plaintiff objects that Mr. Newman is not qualified to make certain statements that he makes in his Declaration since he has admitted that he did not even start working in the National Finance Office for Customs until July 23, 2007.

Specifically, Plaintiff objects to ¶2 of the Newman Declaration as being irrelevant as said paragraph describes duties performed by Newman from July 23, 2007 to the present date, which is outside the relevant time period. Said objection as to ¶2 of the Newman Declaration is hereby:

□ SUSTAINED

□ OVERRULED

Next Plaintiff objects to, and asks the Court to strike, the entirety of ¶3 and ¶5 of Newman's Declaration because there is no predicate or foundation as to how Mr. Newman has personal knowledge of the facts suggested therein, given that he has only been working in his present position since July 2007, and therefore Plaintiff argues that

said statements are conclusory, speculative, lack personal knowledge, and are most likely based on hearsay. Said objections as to ¶3 and ¶5 of the Newman Declaration are hereby

- □ SUSTAINED
- □ OVERRULED

**2. Documentary Evidence (checks)**

**OBJECTION:** Plaintiff objects to the admissibility into evidence of the following documents attached to Defendant's PFUF: APP 088, 089, 091, 093, 097, 099, 102, 105, 109, 111, 113, and 115 on the grounds that said documents have not been properly authenticated and constitute hearsay. Plaintiff further objects to the admission of these documents on the grounds of relevance given the lack of any substantive evidenced verifying what these documents are or why they are relevant, or even whether they correspond, pertain to or are connected with any check issued by Defendant to All Star, or whether said documents pertain or relate to the Contract or the Assignment at issue.

Plaintiff's objections to Defendants offer of proof contained in APP 088, 089, 091, 093, 097, 099, 102, 105, 109, 111, 113, and 115 attached to Defendant's PFUF are hereby:

- □ SUSTAINED
- □ OVERRULED

**IT IS SO ORDERED.**

SIGNED this _____ day of August, 2008.

NANCY B. FIRESTONE
Judge