# In the United States Court of Federal Claims

**No. 07-355C**
**(Filed: September 15, 2008)**

* * * * * * * * * * * * * * * * * *

**TEXAS NATIONAL BANK f/k/a MERCEDES NATIONAL BANK,**

**Plaintiff,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * *

## ORDER

Defendant's motion, filed September 10, 2008, for a 15-day enlargement of time to file its reply in support of its motion for summary judgment is **GRANTED**. Accordingly, defendant shall file its reply by **Thursday, September 25, 2008**.

**IT IS SO ORDERED**.

s/Nancy B. Firestone
NANCY B. FIRESTONE
Judge